☐ Check if this is an
amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Charles Kharouf |

**2.  Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other _____. Describe identifier _____.

**For individual debtors:**

☐ Social Security number: xxx – xx– ___ ___ ___ ___

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

☑ Other XXXXX6134_____ . Describe identifier Canadian Social Security #.

**3.  Name of foreign representative(s)**

MNP TRUSTEE, LTD

**4.  Foreign proceeding in which appointment of the foreign representative(s) occurred**

Consumer Proposal No. 41-2517037 Superintendent Office Laval Superior Court

**5.  Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6.  Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. Notice of Suspension of Proceedings from Superior Court of the District of Quebec

**7.  Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

_____
Number      Street

_____
P.O. Box

_____
City       State/Province/Region   ZIP/Postal Code

_____
Country

Individual debtor's habitual residence:

201-427 Étienne-Lavoie
Number      Street

_____
P.O. Box

Laval, Quebec H7X 0B9
City       State/Province/Region   ZIP/Postal Code

Canada
Country

Address of foreign representative(s):

1155 Boul. Rene-Levesque Ouest
Number      Street

19th Floor
P.O. Box

Montreal Quebec H3B4V2
City       State/Province/Region   ZIP/Postal Code

Canada
Country

**10. Debtor's website** (URL)

n/a

**11. Type of debtor**

*Check one:*

❑ Non-individual (*check one*):

   ❑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ❑ Partnership

   ❑ Other. Specify: _____

☑ Individual

**12. Why is venue proper in *this* *district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
Case No. 3:19-cv-00196-KC; FTC, et al v. Charles Kharouf, et al .

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    MNP Trustee LTD by Olivier Boyd
Signature of foreign representative      Printed name

Executed on  09 / 10 / 2019
             MM / DD / YYYY

✗ _____    Olivier Boyd
Signature of foreign representative      Printed name

Executed on  9 / 12 / 2019
             MM / DD / YYYY

**14. Signature of attorney**

✗ _____    Date  09/12/2019
Signature of Attorney for foreign representative      MM / DD / YYYY

Aldo R. Lopez
Printed name

Ray Peña McChristian, P.C.
Firm name

5822 Cromo Dr.
Number          Street

El Paso                                  Texas        79912
City                                     State        ZIP Code

(915) 832-7200                           alopez@raylaw.com
Contact phone                            Email address

24060185                                 TX
Bar number                               State

 **Industry Canada**

**Industrie Canada**

**Office of the Superintendent of Bankruptcy Canada**

**Bureau du surintendant des faillites Canada**





District of QUEBEC
Division No. 01 - Laval
Court No. 41-2517037
Estate No. 41-2517037

In the Matter of the Proposal of:

Charles KHAROUF

Debtor

MNP LTD / MNP LTÉE

Administrator

---

Date of Proposal:   May 30, 2019, 14:48

Meeting of Creditors: July 31, 2019, 09:45
500, boul. St-Martin Ouest, Bureau 520
Laval, QUEBEC

Chair: Trustee

---

### CERTIFICATE OF FILING OF A CONSUMER PROPOSAL - Section 66.13

I, the undersigned, Official Receiver in and for this bankruptcy district, do hereby certify, that:

- the aforenamed debtor filed a consumer proposal under section 66.13 of the Bankruptcy and Insolvency Act.

The aforementioned administrator is required:

- to provide to me, a report on the results of the administrator's investigation, the administrator's opinion on the reasonableness and fairness of the proposal, a condensed statement of affairs and a list of creditors;

- to send to every known creditor, a copy of the proposal, a copy of the aforementioned report and a proof of claim; and

- where applicable, to call in the prescribed manner, a meeting of creditors, to be held at the aforementioned time and place or at any other time and place that may be later requested by the Official Receiver.

Date: August 27, 2019

E-File / Dépôt électronique                    Official Receiver

Sun Life Building, 1155 Metcalfe Street, Suite 950, Montréal, QUEBEC, H3B 2V6, 877/376-9902



**REF : EP19CV0196**

**BY FAX, E-MAIL AND MAIL**

To :

| | | |
|---|---|---|
| Federal Trade Comission | Ohio Attorney General's Office | United State District Court |
| Att : Christopher E.Brown/ | Consumer Protection Section | Western District of Texas |
| J. Ronald Brooke Jr. | Att : Jeffrey Loeser / Erin Leahy | U.S District Clerk's Office |
| 600 Pennsylvania Avenue NW | 30 E. Broad Street, 14th floor | 655 E. Cesar E. Chavez Blvd |
| Washington (DC) 20580 | Colombus (OH) 43215 | Room G65 |
| Mailstop CC-8528 | Jeff.loeser@ohioattorneygeneral.gov | San Antonio (TX) 78206 |
| Fax : 202-326-3395 | Erin.leahy@ohioattorneygeneral.gov | |

## NOTICE OF SUSPENSION OF PROCEEDINGS
(Article 69)

Dear Mrs. and Mr,

**RE : Federal Trade Commission and State of Ohio ex. rel. Attorney General**
**Requesting Party**

~ vs ~

**Charles KHAROUF**

Debtor

**PLEASE BE ADVISED** that **Charles KHAROUF**, filed a consumer proposal on the May 30th 2019 in a file bearing the number 41-2517037 of the Superintendent Office, Division of Laval (of the Superior Court, District of Quebec), and the undersigned, **MNP LTD,** was appointed Trustee of the estate of the proposal.

And further, TAKE NOTICE that in accordance with Section 69 and 73(2) of the *Bankruptcy and Insolvency Act,* all proceedings against the debtor are hereby suspended until the Trustee has been discharged except with the authorization of the Tribunal and on such conditions the Tribunal may impose.

**DATED,** this August 19th 2019 at Montreal

**MNP Ltd**

Olivier Boyd, CPA, CMA, CIRP, LIT
Vice President

OB/jb

COURT No.:
NO. SURINTENDANT: 41-2517037

## S U P E R I O R   C O U R T

IN THE MATTER OF A CONSUMER PROPOSAL :

**Charles KHAROUF**

                                        Requesting
                                        Party

- vs -

**MNP TRUSTEE LTD**

                                        Trustee

**-and-**

**FEDERAL TRADE COMMISSION AND STATE
OF OHIO EX REL. ATTORNEY GENERAL**

                                        Garnishee

**NOTICE OF SUSPENSION OF PROCEEDINGS**
(Section 69)

**Copy for :
Courthouse
Financial services**

**MNP TRUSTEE LTD**
Authorized Trustee in Insolvency
1155, Boul. René-Lévesque Ouest, 19th floor
Montréal, Québec H3B 4V2
Phone No : 514-932-4115
Fax No : 514-932-9195

 Industrie Canada    Industry Canada

**Bureau du surintendant**    **Office of the Superintendent**
**des faillites Canada**    **of Bankruptcy Canada**

District de    Québec
No division :    01 Laval
No cour :    41-2517037
No dossier :    41-2517037

Dans l'affaire de la proposition de :

**Charles KHAROUF**
Débiteur

**MNP LTD / MNP LTÉE**
Administrateur

---

Date de la proposition :    30 mai 2019

Assemblée des créanciers :

Président :

---

### CERTIFICAT DU DÉPOT D'UNE PROPOSITION DE CONSOMMATEUR - Article 66.13

Je soussigné, séquestre officiel pour ce district de faillite, certifie par les présentes que :

- une proposition de consommateur à l'égard du débiteur susmentionné a été déposée en vertu de l'article 66.13 de la *Loi sur la faillite et l'insolvabilité*.

L'administrateur susmentionné doit :

- me fournir un rapport sur les résultats de l'enquête qu'il a effectuée, son avis sur le caractère juste et raisonnable de la proposition, un état succinct des affaires du débiteur consommateur et une liste des créanciers;
- envoyer à tous les créanciers connus une copie de la proposition, une copie du rapport susmentionné et la formule de preuve de réclamation; et
- le cas échéant, convoquer de la manière prescrite une assemblée des créanciers, qui aura lieu à la date et à l'endroit susmentionnés, ou à telle autre date et tel autre endroit, selon ce que pourra demander plus tard le séquestre officiel.

Date : 30 mai 2019, 14:48

E-File/Dépôt Electronique    Séquestre officiel

, 1155, rue Metcalfe, Bureau 950, Montréal  Canada, H3B2V6,  (877) 376-9902



District of:      Quebec
Division No.      01 - Laval
Court No.
Estate No.        41-2517037

_FORM 49_
Notice to Creditors of Consumer Proposal
(Paragraph 66.14(b) of the Act)
In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

Take notice that:

1 Charles KHAROUF, a consumer debtor, made a consumer proposal under section 66.13 of the Act on the 29th day of May 2019 and a copy of it and the prescribed statement of affairs was filed with the official receiver by us, MNP LTÉE, the administrator of the consumer proposal, on the 30th day of May 2019

2. Attached to this notice are the following documents:

(a) a copy of the consumer proposal;
(b) a copy of our report on the consumer proposal, which was filed with the official receiver on the 30th day of May 2019; and
(c) a copy of the statement of affairs referred to in paragraph 66.13(2)(d) of the Act; and
(d) a proof of claim.

3. Any creditor who has proved a claim may indicate assent to or dissent from the consumer proposal at or prior to a meeting of creditors, or prior to the expiration of the 45-day period following the filing of the consumer proposal (Note: Form 37.1, *Voting Letter*, may be used by the creditor to indicate assent to or dissent from the consumer proposal and to request that a meeting of creditors be held).

4. Any dissent I receive, however, is not a request for a meeting of creditors for the purpose of paragraph 66.15(2)(b) of the Act, and will not be counted in a vote on the consumer proposal unless I am required to call a meeting of creditors pursuant to section 66.15 of the Act.

5. I will be required to call a meeting of creditors only if, pursuant to section 66.15 of the Act:

(a) I am directed to do so by the official receiver within the 45-day period after the filing of the consumer proposal; or
(b) at the expiration of the 45-day period after the filing of the consumer proposal, creditors having in the aggregate at least 25 percent of the value of proven claims have so requested.

6. If, within the 45-day period mentioned at paragraph 5, I am not required to call a meeting of creditors, the consumer proposal shall, by virtue of subsection 66.18(1) of the Act, be deemed to have been accepted by the creditors, regardless of any dissent(s) I may have received.

7. In the event that the consumer proposal has been accepted or is deemed to have been accepted by the creditors, I will apply to the court to review the consumer proposal only if, pursuant to section 66.22 of the Act, I am requested to do so by the official receiver or any other interested party within 15 days after the day of acceptance or deemed acceptance of the consumer proposal.

8. If, within that 15-day period mentioned at paragraph 7, I am not requested to apply to the court to review the consumer proposal, the consumer proposal is deemed to be approved by the court.

Dated at the City of Laval in the *Province of Quebec*, this 27th day of August 2019.

MNP LTÉE - Licensed Insolvency Trustee
Per:

_____
Olivier Boyd - LIT, Administrator of Consumer Proposal
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Phone: (514) 932-4115      Fax: (514) 932-9195

*Copie certifiée conforme*

District of: Quebec
Division No. 01 - Laval
Court No.
Estate No. 41-2517037

-- FORM 48 --
Report of Administrator on Consumer Proposal
(Section 66.14 of the Act)

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

We, MNP LTÉE, of 1155, boul. René-Lévesque Ouest, 19e étage, Montréal, QC, H3B 4V2, the administrator of the consumer proposal of Charles KHAROUF, a consumer debtor, hereby report to the official receiver as follows:

1. That the consumer debtor made a consumer proposal on the 29th day of May 2019 and that we filed a copy of it with the official receiver on the 29th day of May 2019.

2. That we have investigated, or have had investigated, the consumer debtor's property and financial affairs so as to be able to assess with reasonable accuracy the consumer debtor's financial situation and the cause of the consumer debtor's insolvency.

3. That attached to this report is the consumer debtor's statement of affairs and a list of the creditors whose claims exceed $250.

4. That we are of the opinion that the cause or causes of the consumer debtor's insolvency are as follows:

Les difficultés financières des sociétés ont été supportées par l'administrateur à l'aide de ses diverses cartes et marges de crédits personnelles.
Les sociétés ne sont pas en opérations.

5. That we are also of the opinion, for the following reasons, that the consumer proposal is reasonable and fair to both the consumer debtor and the creditors, and that the consumer debtor will be able to perform it:

- Les dettes n'ont pu être consolidées;

- Le débiteur ne souhaite pas faire cession;

- Les créanciers recevront un dividende net approximatif de 6% dans la proposition comparativement à aucun dividende dans un contexte de faillite.

Dated at the City of Laval in the Province of Quebec, this 29th day of May 2019.

MNP LTÉE - Licensed Insolvency Trustee
Per:

_____
Olivier Boyd - LIT, Administrator of Consumer Proposal
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Phone: (514) 932-4115    Fax: (514) 932-9195

| List of Creditors with claims of $250 or more. | | | |
|---|---|---|---|
| Creditor | Address | Account# | Claim Amount |
| Agence du revenu du Québec Direction régionale du recouvrement | Services des dossiers de failles 1265 boulevard Charest O 6e étage secteur C65-6I Québec QC G1N 4V5 | Réf: 16844349 | 35,697.00 |
| Banque Laurentienne du Canada Centre de recouvrement | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | | 3,000.00 |
| Banque Laurentienne du Canada Centre de recouvrement | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | Marge | 3,000.00 |
| Centre de perception Desjardins | 2489, rue Saint-Dominique Jonquière QC G7X 6K4 | | 1,100.00 |
| CIBC c/o TECHCOM Managed Services | 6-6150 Hwy 7, PO Box 486 Woodbridge ON L4H 0R6 | | 9,000.00 |
| MBNA / Insolve Global Credit Fund III, L.P. | c/o TECHCOM Managed Services Inc. 6-6150 Hwy 7, PO Box 487 Woodbridge ON L4H 0R6 | | 5,000.00 |
| RBC Royal Bank / Banque Royale c/o BankruptcyHighway.com | PO Box 57100 Etobicoke ON M8Y 3Y2 | | 25,000.00 |
| Rogers Communications / CBV Collection | c/o FCT Default Solutions PO Box 2514 Station B London ON N6A 4G3 | 6-0079-4317 | 1,216.00 |
| TD Canada Trust CC&R Insolvency and Credit Counselling | 4720 Tahoe Blvd, 3rd Flr, Bldg 1 Mississauga ON L4W 5P2 | Marge | 3,000.00 |
| TD Canada Trust CC&R Insolvency and Credit Counselling | 4720 Tahoe Blvd, 3rd Flr. Bldg 1 Mississauga ON L4W 5P2 | | 5,000.00 |
| Total | | | 91,013.00 |

District of: Quebec
Division No. 01 - Laval
Court No.
Estate No. 41-2517037

- FORM 47 -
Consumer Proposal
(Paragraph 66.13(2)(c) of the Act)
In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

I, Charles KHAROUF, a consumer debtor, hereby make the following consumer proposal under the Act:

1. That payment of the claims of secured creditors be made in the following manner:

SANS OBJET

2. That payment of all claims directed by the Act to be paid in priority to other claims in the distribution of my property be made in the following manner:

Elles seront payées conformément au paragraphe 136(1) en priorité des autres créanciers non garantis, le cas échéant.

3. That payment of the fees and expenses of the Administrator of the consumer proposal and payment of the fees and expenses of any person in respect of counselling given by this person pursuant to the Act be made in the following manner:

Les honoraires et dépenses de l'administrateur seront payés conformément aux dispositions des paragraphes 129 et 131 des Règles régissant la Loi sur la faillite et l'insolvabilité.

4. That the following payments be made to MNP LTÉE, the Administrator of the consumer proposal, for the benefit of the unsecured creditors:

Le débiteur s'engage à remettre la somme de 9 000$ à raison de 60 versements mensuels consécutifs de 150$. Le premier versement devra être effectué 30 jours suivants le dépôt de la proposition de consommateur. Dans le contexte ou sa situation financière le lui permettra, le débiteur paiera plus rapidement sa proposition.

5. That the Administrator of the consumer proposal distribute the monies received to the unsecured creditors in accordance with the following schedule:

La distribution aux créanciers non garantis sera effectuée tous les douze (12) mois à compter de la date d'acceptation ou d'approbation par la Cour de la proposition de consommateur, à condition qu'un montant minimum de 5 000$ soit disponible pour distribution dans le compte bancaire.

6. That the proposal includes the following additional terms:

a) Les créanciers peuvent nommer un nombre maximal de trois inspecteurs chargés de la proposition de consommateur du débiteur consommateur et en plus des pouvoirs que leur confère la Loi, ces inspecteurs peuvent être autorisés à approuver toute modification de la proposition de consommateur sans convoquer d'assemblée de créanciers, lorsqu'une telle modification vise l'échéancier et le montant des paiements que doivent faire le débiteur consommateur et n'entraîne pas de changement dans le montant à payer ; et

b) en l'absence d'inspecteurs nommés, l'administrateur de cette proposition de consommateur, doit avoir le pouvoir de proroger le délai pour la réalisation d'un paiement qui devait être fait conformément à cette proposition, aucune prorogation ne devant dépasser les cinq ans suivant l'approbation de cette proposition par le Tribunal ; et

c) que toute demande prouvable en vertu de cette proposition de consommateur, par sa Majesté la Reine du chef du Canada (ARC) et du chef de toute la province (MRQ) doit inclure tous les impôts, les intérêts et les pénalités qui sont payables à l'égard du revenu gagné par le débiteur consommateur jusqu'à la date de la proposition soumise aux droits de l'ARC et jusqu'à l'année précédente de la proposition soumise aux droits du MRQ, indépendamment de la date d'évaluation réelle ou d'imposition de ces impôts, des intérêts et des pénalités. Si le débiteur consommateur devrait avoir droit au remboursement de l'impôt sur le revenu à l'égard de toute période de temps antérieure à la date du dépôt de cette proposition de consommateur, ce remboursement viendrait en diminution des réclamations prouvables de l'ARC et du MRQ en vertu de cette proposition de consommateur ; et

d) sur réception de la proposition, toute somme d'argent détenue par le centre de perception du palais de justice suite à une saisie devra être remise à sans délai à l'administrateur de la proposition de consommateur et appliquée contre les termes de la proposition de consommateur.

Dated at the City of Laval in the Province of Quebec, this 29th day of May 2019.

OLIVIER BOYD
Witness

Charles KHAROUF
Consumer Debtor

District of     Quebec
Division No.    01 - Laval
Court No.
Estate No.     41-2517037

-- FORM 79 --

Statement of Affairs (Proposal made by an individual)

(Subsection 49(2) and 158(d) of the Act / Subsections 50(2) and 62(1) and Paragraph 66.13(2)(d) of the Act)

☒ Original      ☐ Amended

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

| ASSETS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type of assets | | Description (Provide details) | Estimated Dollar Value | Exempt Property | | Secured Amount/ Liens | Estimated net realizable dollar value |
| | | | | Yes | No | | |
| 1. Cash on Hand | | | | | | | |
| 2. Furniture | | Ameublement | 3,000.00 | x | | 0.00 | 0.00 |
| 3. Personal Effects | | | | | | | |
| 4. Policies & RRSPs | | | | | | | |
| 5. Securities | | 50% actionnaire - 9384-1898 Québec Inc. - EN DÉMARRAGE ET SANS ACTIF | 1.00 | | x | 0.00 | 1.00 |
| | | 100% actionnaire - 9322-4756 Québec Inc. - INOPÉRANTE ET SANS ACTIF | 1.00 | | x | 0.00 | 1.00 |
| | | 100% actionnaire - Simple Seo - INOPÉRANTE ET SANS ACTIF | 1.00 | | x | 0.00 | 1.00 |
| | | 100% actionnaire - Evolio Call - INOPÉRANTE ET SANS ACTIF | 1.00 | | x | 0.00 | 1.00 |
| 6. Real Property or Immovable | House | | | | | | |
| | Cottage | | | | | | |
| | Land | | | | | | |
| 7. Motor Vehicles | Automobile | Mini Cooper 2007 - BLACKBOOK VALUE | 1,418.00 | x | | 0.00 | 0.00 |
| | Motorcycle | | | | | | |
| | Snowmobile | | | | | | |
| | Other | | | | | | |
| 8. Recreational Equipment | | | | | | | |
| 9. Taxes | | | | | | | |
| | | TOTAL | 4,422.00 | | | 0.00 | 4.00 |

District of     Quebec
Division No.     01 - Laval
Court No.
Estate No.     41-2517037                FORM 79 – Continued

| | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|

Liabilities type code (LTC):     1 Real Property or Immovable Mortgage or Hypothec       5 Credit Cards Other Issuers
                               2 Bank Loans (except real property mortgage)           6 Taxes Federal/Provincial/Municipal
                               3 Finance Company Loans                                7 Student Loans
                               4 Credit Cards Bank/Trust Companies Issuers          8 Loans from Individuals
                                                                            9 Other

| Creditor | Address including postal code | Account No. | Amount of debt | | | Enter LTC |
|---|---|---|---|---|---|---|
| | | | Unsecured | Secured | Preferred | |
| Agence du revenu du Québec Attn: Direction régionale du recouvrement | Service des dossiers de faillites 1265 boulevard Charest O 6e étage secteur C65-6I Québec QC G1N 4V5 | (NEQ:1170951546) -Responsabilité | 0.00 | 0.00 | 0.00 | 6 |
| Agence du revenu du Québec Attn: Direction régionale du recouvrement | Service des dossiers de faillites 1265 boulevard Charest O 6e étage secteur C65-6I Québec QC G1N 4V5 | (NEQ: 2270489307) -Responsabilité | 0.00 | 0.00 | 0.00 | 6 |
| Agence du revenu du Québec Attn: Direction régionale du recouvrement | Service des dossiers de faillites 1265 boulevard Charest O 6e étage secteur C65-6I Québec QC G1N 4V5 | 08/08/1989 | 0.00 | 0.00 | 0.00 | 6 |
| Agence du revenu du Québec Attn: Direction régionale du recouvrement | Service des dossiers de faillites 1265 boulevard Charest O 6e étage secteur C65-6I Québec QC G1N 4V5 | Réf: 16844349 | 35,697.00 | 0.00 | 0.00 | 6 |
| ARC - Taxe - Québec | Shawinigan-Sud National Verification and Collection Centre 4695 Shawinigan-Sud Blvd Shawinigan-Sud QC G9P 5H9 | (NEQ: 2270489307) -Responsabilité | 0.00 | 0.00 | 0.00 | 6 |
| ARC - Taxe - Québec | Shawinigan-Sud National Verification and Collection Centre 4695 Shawinigan-Sud Blvd Shawinigan-Sud QC G9P 5H9 | 08/08/1989 | 0.00 | 0.00 | 0.00 | 6 |
| ARC - Taxe - Québec | Shawinigan-Sud National Verification and Collection Centre 4695 Shawinigan-Sud Blvd Shawinigan-Sud QC G9P 5H9 | (NEQ:1170951546) -Responsabilité | 0.00 | 0.00 | 0.00 | 6 |
| Banque Laurentienne du Canada Attn: Centre de recouvrement | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | | 3,000.00 | 0.00 | 0.00 | 2 |
| Banque Laurentienne du Canada Attn: Centre de recouvrement | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | Marge | 3,000.00 | 0.00 | 0.00 | 2 |
| Centre de perception Desjardins | 2489, rue Saint-Dominique Jonquière QC G7X 6K4 | | 1,100.00 | 0.00 | 0.00 | 9 |
| CIBC c/o TECHCOM Managed Services | 6-6150 Hwy 7, PO Box 486 Woodbridge ON L4H 0R6 | | 9,000.00 | 0.00 | 0.00 | 9 |
| CIBC c/o TECHCOM Managed Services | 6-8150 Hwy 7, PO Box 486 Woodbridge ON L4H 0R6 | 13-29812 | 150.00 | 0.00 | 0.00 | 9 |

District of    Quebec
Division No.   01 - Laval
Court No.
Estate No.    41-2517037                  FORM 79 -- Continued

| Creditor | Address including postal code | Account No. | Amount of debt | | | Enter LTC |
|---|---|---|---|---|---|---|
| | | | Unsecured | Secured | Preferred | |
| MBNA / Insolve Global Credit Fund III, L.P. | c/o TECHCOM Managed Services Inc. 6-6150 Hwy 7, PO Box 487 Woodbridge ON L4H 0R6 | | 5,000.00 | 0.00 | 0.00 | 9 |
| RBC Royal Bank / Banque Royale Attn: c/o BankruptcyHighway.com | PO Box 57100 Etobicoke ON M8Y 3Y2 | | 25,000.00 | 0.00 | 0.00 | 2 |
| Rogers Communications / CBV Collection | c/o FCT Default Solutions PO Box 2514 Station B London ON N6A 4G9 | 6-0079-4317 | 1,216.00 | 0.00 | 0.00 | 9 |
| TD Canada Trust Attn: CC&R Insolvency and Credit Counselling | 4720 Tahoe Blvd, 3rd Flr, Bldg 1 Mississauga ON L4W 5P2 | Marge | 3,000.00 | 0.00 | 0.00 | 9 |
| TD Canada Trust Attn: CC&R Insolvency and Credit Counselling | 4720 Tahoe Blvd, 3rd Flr, Bldg 1 Mississauga ON L4W 5P2 | | 5,000.00 | 0.00 | 0.00 | 5 |
| | **TOTAL** | Unsecured | 91,163.00 | | | |
| | **TOTAL** | Secured | | 0.00 | | |
| | **TOTAL** | Preferred | | | 0.00 | |
| | | | | **TOTAL** | 91,163.00 | |

**LIABILITIES**

District of     Quebec
Division No.     01 - Laval
Court No.
Estate No.     41-2517037         FORM 79 — Continued

## INFORMATION RELATING TO THE AFFAIRS OF THE DEBTOR

### A. PERSONAL DATA

| 1. Family name: | Given names: | Charles | Date of birth: YYYY / MM / DD |
| KHAROUF | Gender: | Male | 1989/08/08 |

**2. Also known as:**

**3. Complete address, including postal code:**

201-427 Étienne-Lavoie
Laval QC H7X 0B9

**4. Marital status:**           Common-law
(Specify month and year of event if it occurred in the last five years)

**5. Full name of spouse or common-law partner:**    Annie FOUCAULT

| 6. Name of present employer: | Occupation: |
| Gestion de capital Westgate | Développeur Informatique (Temps plein) |

| 7A. Number of persons in household family unit, including debtor: | 2 |
| 7B. Number of persons 17 years of age or less: | 0 |
| 8. Have you operated a business within the last five years? | Yes |

| Business Name | Business Type | From | To |
|---|---|---|---|
| 9384-1898 QUÉBEC INC. | SOCIÉTÉS DE PRÊTS À LA CONSOMMATION | 05-Sep-2018 | |
| SIMPLE SEO (Enregistré à Delaware. Numéro: 4580339) | AGENCE PRESTATAIRE DE SERVICES INTERNET | 01-Jan-2018 | 30-Jun-2018 |
| EVOLIO CALL (Enregistré à Santo Domingo, République Dominicaine. Enregistrement: 472953) | CENTRE D'APPELS | 02-May-2017 | 30-Jun-2018 |
| 9322-4756 QUÉBEC INC. | AGENCE DE PUBLICITÉ | 12-May-2015 | 30-Aug-2018 |
| DEVCOSTRAT MARKETING ET FORMATION | BUREAUX DE CONSEILLERS EN GESTION | 12-Dec-2014 | 20-Jun-2018 |

**B. WITHIN THE 12 MONTHS PRIOR TO THE DATE OF THE INITIAL BANKRUPTCY EVENT, HAVE YOU, EITHER IN CANADA OR ELSEWHERE:**

| 9A. Sold or disposed of any of your property? | No |
| 9B. Made payments in excess of the regular payments to creditors? | No |
| 9C. Had any property seized by a creditor? | No |

**C. WITHIN FIVE YEARS PRIOR TO THE DATE OF THE INITIAL BANKRUPTCY EVENT, HAVE YOU, EITHER IN CANADA OR ELSEWHERE:**

| 10A. Sold or disposed of any property? | Yes |
| 10B. Made any gifts to relatives or others in excess of $500? | No |

**D. BUDGET INFORMATION: Attach Form 65 to this Form.**

| 11A. Have you ever made a proposal under the Bankruptcy and Insolvency Act? | No |
| 11B. Have you ever been bankrupt before in Canada? | No |

---

29-May-2019
Date

_____
Charles KHAROUF
Debtor

12. Do you expect to receive any sums of money which are not related to your normal income, or any other property within the next 12 months?　　No

13. If you answered Yes to any of questions 9, 10 and 12, provide details:

10A:

En janvier 2013, le débiteur et sa mère, Madame Bernadette Ego, ont acheté l'immeuble sis au 4-810, rue Étienne-Lavoie à Laval, province de Québec. Le contrat de vente (numéro d'inscription : 19 693 006) stipulait que la mise de fonds effectuée entièrement par Madame Ego, une somme de 45 000$, lui serait retournée advenant la revente de la maison. C'est ainsi qu'en décembre 2016, à la suite de la vente de l'immeuble, l'equité a été retournée à Madame Ego.

14. Give reasons for your financial difficulties:

Les difficultés financières des sociétés ont été supportées par l'administrateur à l'aide de ses diverses cartes et marges de crédits personnelles.
Les sociétés ne sont pas en opérations.

I, Charles KHAROUF of the Ville of Laval in the Province of Quebec, do swear (or solemnly declare) that this statement is, to the best of my knowledge, a full, true and complete statement of my affairs on the 29th day of May 2019, and fully discloses all property and transactions of every description that is or was in my possession or that may devolve on me in accordance with the Bankruptcy and Insolvency Act.

SWORN (or SOLEMNLY DECLARED)
before me at the City of Laval in the Province of Quebec, on
this 29th day of May 2019.

_____

Olivier Boyd, Commissioner of Oaths
For the Province of Quebec
Expires December 9, 2021

| | |
|---|---|
| 29-May-2019 | |
| _____ | _____ |
| Date | Charles KHAROUF |
| | Debtor |

| District of | Quebec |
|---|---|
| Division No. | 01 - Laval |
| Court No. | |
| Estate No. | 41-2517037 |

- FORM 65 -

Monthly Income and Expense Statement of the Debtor and the Family Unit
and Information (or Amended Information) Concerning
the Financial Situation of the Individual Debtor
(Section 68 and Subsection 102(3) of the Act; Rule 105(4))

[x] Original          [ ] Amended

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

Information concerning the monthly income and expense statement of the debtor and the family unit, the financial situation of the debtor
and the debtor's obligation to make payments required under section 68 of the Act to the estate of the debtor are as follows:

| MONTHLY INCOME | Debtor | Other Members of the family unit | Total |
|---|---|---|---|
| Net employment income.......................... | 1,789.00 | | |
| Net pension/Annuities.......................... | 0.00 | | |
| Net child support............................... | 0.00 | | |
| Net spousal support............................ | 0.00 | | |
| Net employment insurance benefits.............. | 0.00 | | |
| Net social assistance........................... | 0.00 | | |
| Self-employment income Gross 0.00 Net............................. | 0.00 | | |
| Child tax benefit............................... | 0.00 | | |
| Other net income............................... | 0.00 | | |
| TOTAL MONTHLY INCOME | 1,789.00 (1) | 0.00 (2)* | |
| TOTAL MONTHLY INCOME OF THE FAMILY UNIT ((1) + (2)) ..................................................... | | | 1,789.00 (3) |

MONTHLY NON- DISCRETIONARY EXPENSES

| | | | |
|---|---|---|---|
| Child support payments.......................... | 0.00 | | |
| Spousal support payments.......... .............. | 0.00 | | |
| Child care..................................... | 0.00 | | |
| Medical condition expenses...................... | 0.00 | | |
| Fines/penalties imposed by the Court.............. | 0.00 | | |
| Expenses as a condition of employment........... | 0.00 | | |
| Debts where stay has been lifted.................. | 0.00 | | |
| Other expenses................................. | 0.00 | | |
| TOTAL MONTHLY NON-DISCRETIONARY EXPENSES | 0.00 (4) | 0.00 (5) | |
| TOTAL MONTHLY NON-DISCRETIONARY EXPENSES OF THE FAMILY UNIT ((4) + (5)) ................. | | | 0.00 (6) |
| AVAILABLE MONTHLY INCOME OF THE DEBTOR ((1) - (4)) ...................................... | 1,789.00 (7) | | |
| AVAILABLE MONTHLY INCOME OF THE FAMILY UNIT ((3) - (6)) ..................................................... | | | 1,789.00 (8) |
| DEBTOR S PORTION OF THE AVAILABLE MONTHLY INCOME OF THE FAMILY UNIT | | | 100.00 % (9) |

MONTHLY DISCRETIONARY EXPENSES: (Family unit)

| Housing expenses | | Living expenses | |
|---|---|---|---|
| Rent/mortgage/hypothec. . . . . . . . | 613.00 | Food/grocery. . . . . . . . . . . . . . . . . | 275.00 |
| Property taxes/condo fees. . . . . . | 0.00 | Laundry/dry cleaning. . . . . . . . . . . | 0.00 |
| Heating/gas/oil. . . . . . . . . . . . . . | 60.00 | Grooming/toiletries. . . . . . . . . . . . | 50.00 |
| Telephone. . . . . . . . . . . . . . . . . . | 45.00 | Clothing. . . . . . . . . . . . . . . . . . . . | 50.00 |
| Cable. . . . . . . . . . . . . . . . . . , . . . . | 0.00 | Other. . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Hydro. . . . . . . . . . . . . . . . . . . . . | 75.00 | **Transportation expenses** | |
| Water. . . . . . . . . . . . . . . . . . . . . . | 0.00 | Car lease/payments. . . . . . . . . . . | 0.00 |
| Furniture. . . . . . . . . . . . . . . . . . . | 0.00 | Repair/maintenance/gas. . . . . . . . | 0.00 |
| Other. . . . . . . . . . . . . . . . . . . . . . | 0.00 | Public transportation. . . . . . . . . . . | 0.00 |
| **Personal expenses** | | Other: Provisions transport . . . . . . . | 420.00 |
| Smoking . . . . . . . . . . . . . . . . . . . . | 0.00 | **Insurance expenses** | |
| Alcohol . . . . . . . . . . . . . . . . . . . . . | 0.00 | Vehicle. . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Dining/lunches/restaurants. . . . . . | 0.00 | House. . . . . . . . . . . . . . . . . . . . . . | 34.00 |
| Entertainment/sports. . . . . . . . . . | 0.00 | Furniture/contents. . . . . . . . . . . . . | 0.00 |
| Gifts/charitable donations. . . . . . . | 0.00 | Life insurance. . . . . . . . . . . . . . . . | 0.00 |
| Allowances. . . . . . . . . . . . . . . . . | 0.00 | Other. . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Other. . . . . . . . . . . . . . . . . . . . . . | 0.00 | **Payments** | |
| **Non-recoverable medical expenses** | | Payments to the proposal. . . . . . . . | 150.00 |
| Prescriptions. . . . . . . . . . . . . . . . | 10.00 | To secured creditor. . . . . . . . . . . . . | 0.00 |
| Dental. . . . . . . . . . . . . . . . . . . . . . | 20.00 | (Other than mortgage and vehicle). | 0.00 |
| Other. . . . . . . . . . . . . . . . . . . . . . | 0.00 | Other. . . . . . . . . . . . . . . . . . . . . . . | 0.00 |

TOTAL MONTHLY DISCRETIONARY EXPENSES (FAMILY UNIT) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1,802.00 (10)

MONTHLY SURPLUS OR (DEFICIT) FAMILY UNIT ((8) – (10)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   -13.00 (11)

Note:

Le montant attribué au loyer représente uniquement la portion payée par le débiteur.

Le conjointe du débiteur ne veut pas divulguer ses revenus.

Le véhicule du débiteur, Mini Copper 2007, requiert des réparations. Ceci a été provisionné dans les dépenses de transport et ce afin de couvrir la carte de transport en commun, les frais des plaques, le coût de l'essence et l'entretien.

Dated at the City of Laval in the Province of Quebec, this 29th day of May 2019.

MNP LTÉE - Licensed Insolvency Trustee

1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Phone: (514) 932-4115    Fax: (514) 932-9195

Charles KHAROUF

District of: Quebec
Division No. 01 - Laval
Court No.
Estate No. 41-2517037

- FORM 37.1 -
Voting Letter
(Paragraph 66.15(3)(c) of the Act)

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

1.   I, _____, creditor (or I, _____ representative of
_____, creditor), of _____ a creditor in the above matter for the sum of
$_____, hereby understand that:

(a) as a creditor who has proven claim, I may indicate assent to or dissent from the consumer proposal at or prior to
a meeting of creditors, or prior to the expiration of the 45-day period following the filing of the consumer proposal;

(b) a vote AGAINST the consumer proposal is not a deemed request for a meeting of creditors for the purpose of
paragraph 66.15(2)(b) of the Act, and will not be counted in a vote on the consumer proposal unless a meeting of
creditors is called;

(c) the administrator of the consumer proposal will be required to call a meeting of creditors only if, pursuant to
section 66.15 of the Act:
-    he/she is directed to do so by the official receiver within the 45-day period after the filing of the consumer
proposal; or
-    at the expiration of the 45-day period after the filing of the consumer proposal, creditors having in the aggregate
at least 25 percent of the value of proven claims have so requested.

(d) if no meeting of creditors is called, the consumer proposal shall, by virtue of subsection 66.18(1) of the Act, be
deemed to have been accepted by the creditors, regardless of any dissent(s) the administrator of the consumer
proposal may have received.

2. I hereby request: *(Check and complete the appropriate section)*

☐   the administrator acting with respect to the consumer proposal to record my vote **FOR** the acceptance of the
consumer proposal as made on the 30th day of May 2019.

☐   the administrator acting with respect to the consumer proposal to record my vote **AGAINST** the acceptance of
the consumer proposal as made on the 30th day of May 2019;

☐   the administrator acting with respect to the consumer proposal to record my vote **AGAINST** the acceptance of
the consumer proposal as made on the 30th day of May 2019 and **REQUEST THAT A MEETING OF
CREDITORS BE CONVENED.**

Dated at _____, this _____ day of _____ _____.

_____                    _____
Witness                                            Name of Creditor or Representative of Creditor

Return To:        MNP LTÉE - Licensed Insolvency Trustee
                  1155, boul. René-Lévesque Ouest, 19e étage
                  Montréal QC H3B 4V2
                  Phone: (514) 932-4115    Fax: (514) 932-9195

District of: Quebec
Division No. 01 - Laval
Court No.
Estate No. 41-2517037

### - FORM 36 -
#### Proxy
(Subsection 102(2) and paragraphs 51(1)(e) and 66.15(3)(b) of the Act)

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

I, _____, of _____, a creditor in the above matter, hereby
appoint _____, of _____, to be
my proxyholder in the above matter, except as to the receipt of dividends,_____ (with or without)
power to appoint another proxyholder in his or her place.

Dated at _____, this _____ day of _____, _____.

_____
Witness

_____
Witness

_____
Individual Creditor

_____
Name of Corporate Creditor

Per _____
Name and Title of Signing Officer

Return To:

MNP LTÉE - Licensed Insolvency Trustee
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Phone: (514) 932-4115    Fax: (514) 932-9195

Page 1 of 1

District of:        Quebec
Division No.     01 – Laval
Court No.
Estate No.      41-2517037

### - FORM 31 -
#### Proof of Claim
(Sections 50.1, 81.5, 81.6, Subsections 65.2(4), 81.2(1), 81.3(8), 81.4(8), 102(2), 124(2), 128(1),
and Paragraphs 51(1)(e) and 66.14(b) of the Act)

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

All notices or correspondence regarding this claim must be forwarded to the following address:

_____

_____

In the matter of the proposal of Charles KHAROUF of the city of Laval in the Province of Quebec and the claim of
_____, creditor.

I, _____ (name of creditor or representative of the creditor), of the city of _____ in the province of _____, do hereby certify:

1. That I am a creditor of the above named debtor (or I am _____ (position/title) of _____ creditor).

2. That I have knowledge of all the circumstances connected with the claim referred to below.

3. That the debtor was, at the date of proposal, namely the 30th day of May 2019, and still is, indebted to the creditor in the sum of $_____, as specified in the statement of account (or affidavit) attached and marked Schedule "A", after deducting any counterclaims to which the debtor is entitled. (The attached statement of account or affidavit must specify the vouchers or other evidence in support of the claim.)

4. (Check and complete appropriate category.)

☐       A. UNSECURED CLAIM OF $_____

(other than as a customer contemplated by Section 262 of the Act)

That in respect of this debt, I do not hold any assets of the debtor as security and
(Check appropriate description.)

☐       Regarding the amount of $ _____, I claim a right to a priority under section 136 of the Act.

☐       Regarding the amount of $_____, I do not claim a right to a priority.
(Set out on an attached sheet details to support priority claim.)

☐       B. CLAIM OF LESSOR FOR DISCLAIMER OF A LEASE $_____

That I hereby make a claim under subsection 65.2(4) of the Act, particulars of which are as follows:
(Give full particulars of the claim, including the calculations upon which the claim is based.)

☐       C. SECURED CLAIM OF $_____

That in respect of this debt, I hold assets of the debtor valued at $_____ as security, particulars of which are as follows:
(Give full particulars of the security, including the date on which the security was given and the value at which you assess the security, and attach a copy of the security documents.)

☐       D. CLAIM BY FARMER, FISHERMAN OR AQUACULTURIST OF $_____

That I hereby make a claim under subsection 81.2(1) of the Act for the unpaid amount of $__ _ _ :_____
(Attach a copy of sales agreement and delivery receipts.)

☐ E. CLAIM BY WAGE EARNER OF $_____

☐ That I hereby make a claim under subsection 81.3(8) of the Act in the amount of $_____.

☐ That I hereby make a claim under subsection 81.4(8) of the Act in the amount of $_____.

☐ F. CLAIM BY EMPLOYEE FOR UNPAID AMOUNT REGARDING PENSION PLAN OF $_____

☐ That I hereby make a claim under subsection 81.5 of the Act in the amount of $_____.

☐ That I hereby make a claim under subsection 81.6 of the Act in the amount of $_____.

☐ G. CLAIM AGAINST DIRECTOR $_____

*(To be completed when a proposal provides for the compromise of claims against directors.)*
*That I hereby make a claim under subsection 50(13) of the Act, particulars of which are as follows:*
*(Give full particulars of the claim, including the calculations upon which the claim is based.)*

☐ H. CLAIM OF A CUSTOMER OF A BANKRUPT SECURITIES FIRM $_____

That I hereby make a claim as a customer for net equity as contemplated by section 262 of the Act, particulars of which are as follows:
*(Give full particulars of the claim, including the calculations upon which the claim is based.)*

5. That, to the best of my knowledge, I _____(am/am not) (or the above-named creditor _____(is/is not)) related to the debtor within the meaning of section 4 of the Act, and _____(have/has/have not/has not) dealt with the debtor in a non-arm's-length manner.

6. That the following are the payments that I have received from, and the credits that I have allowed to, and the transfers at undervalue within the meaning of subsection 2(1) of the Act that I have been privy to or a party to with the debtor within the three months (or, if the creditor and the debtor are related within the meaning of section 4 of the Act or were not dealing with each other at arm's length, within the 12 months) immediately before the date of the initial bankruptcy event within the meaning of Section 2 of the Act: (Provide details of payments, credits and transfers at undervalue.)

7. (Applicable only in the case of the bankruptcy of an individual.)

☐ Whenever the trustee reviews the financial situation of a bankrupt to redetermine whether or not the bankrupt is required to make payments under section 68 of the Act, I request to be informed, pursuant to paragraph 68(4) of the Act, of the new fixed amount or of the fact that there is no longer surplus income.

☐ I request that a copy of the report filed by the trustee regarding the bankrupt's application for discharge pursuant to subsection 170(1) of the Act be sent to the above address.

Dated at _____, this _____ day of _____, _____.


_____
Witness

_____
Creditor

Phone Number: _____
Fax Number : _____
E-mail Address : _____

NOTE.    If an affidavit is attached, it must have been made before a person qualified to take affidavits.

WARNINGS:    A trustee may, pursuant to subsection 128(3) of the Act, redeem a security on payment to the secured creditor of the debt or the value of the security as assessed, in a proof of
security, by the secured creditor.

Subsection 201(1) of the Act provides severe penalties for making any false claim, proof, declaration or statement of account.

District of:      Quebec
Division No.    01 - Laval
Court No.
Estate No.      41-2517037

FORM 01.1
General Sender Identification for: Copies of all Prescribed Forms
Sent to Creditor(s) Electronically

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

Dated at the City of Laval in the Province of Quebec, this 27th day of August 2019.

Responsible Individual (Sender):  Olivier Boyd
                                  (Administrator of Consumer Proposal)

Corporate Name :  MNP LTÉE

Address:  1155, boul. René-Lévesque Ouest, 19e étage
          Montréal QC H3B 4V2

Telephone:  (514) 932-4115
Fax:  (514) 932-9195
E-mail:

### NOTICE

Please be advised that the above-noted individual is required to retain the signed original
of the document as part of the official records of this proceeding.

CANADA
Province de    Québec
District de:    Québec
No division:    01 - Laval
No cour:
No dossier:    41-2517037

Affidavit d'envoi

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Je, Suellen De Sousa, de MNP LTÉE, déclare (ou déclare solennellement) sous serment et dis:

Que le 30 mai 2019, j'ai transmis à BankEx par l'intermédiaire du Bouton Express aux destinataires, dont les noms et les adresses apparaissent sur l'annexe "A" ci-attachée, copie des documents suivants:

| | |
|---|---|
| Formulaire 01.1 | Identification générale de l'expéditeur pour copies de tous formulaires prescrits |
| Formulaire 31 | Preuve de réclamation |
| Formulaire 36 | Formulaire de procuration |
| Formulaire 37.1 - Bilingue | Formulaire de votation - Bilingue |
| Formulaire 47 | Proposition de consommateur |
| Formulaire 48 (Projet de loi C-12) | Rapport de l'administrateur concernant la proposition de consommateur |
| Formulaire 49 - Bilingue (Projet de loi C-12) | Avis aux créanciers de la proposition de consommateur - Bilingue |
| Formulaire 65 | État mensuel des revenus et dépenses de l'unité familiale et Information (ou information modifiée) concernant la situation finan |
| Formulaire 79 (Projet de loi C-12) | Bilan - non-commerçant |

_____
Suellen De Sousa
Téléphone: (514) 932-4115
Télécopieur: (514) 932-9195

ASSERMENTÉ (ou DÉCLARE SOLENNELLEMENT) devant moi à
Montreal en la province de Québec ce 30 mai 2019.

_____
Nathan Uong, Commissaire à l'Assermentation
Pour la province de Québec
Expire le 1 novembre 2020

## Rapport de Statut du Paquet Express
## (Annexe A)

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

| | | | | | |
|---|---|---|---|---|---|
| Nom du Débiteur: | KHAROUF, Charles | # de Paquet: | I | Créa par: | De Sousa, Suellen |
| Nom du Fichier: | 30450 | Nom de Paquet: | Avis aux créanciers – Bilingue - Div II | Envoyé par: | De Sousa, Suellen |
| # BSF: | 41-2517037 | # de Confirmation: | 802118 | Date envoyéa: | 30-mai-2019 14:51 |

| Destinataire | Numéro de Compte | Adresse |
|---|---|---|
| Agence du revenu du Québec | Comptes Multiples | Service des dossiers de faillites 1265 boulevard Charest O 6e étage secteur C65-6I Québec QC G1N 4V5 |
| ARC - Taxe - Québec | Comptes Multiples | Shawinigan-Sud National Verification and Collection Centre 4695 Shawinigan-Sud Blvd Shawinigan-Sud QC G9P 5H9 |
| Banque Laurentienne du Canada | Comptes Multiples | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 |
| Centre de perception Desjardins | | 2489, rue Saint-Dominique Jonquière QC G7X 6K4 |
| Charles KHAROUF | | |
| CIBC c/o TECHCOM Managed Services | Comptes Multiples | 6-6150 Hwy 7, PO Box 486 Woodbridge ON L4H 0R6 |
| MBNA / Insolve Global Credit Fund III, L.P. | | c/o TECHCOM Managed Services Inc. 6-6150 Hwy 7, PO Box 487 Woodbridge ON L4H 0R6 |
| RBC Royal Bank / Banque Royale | | PO Box 57100 Etobicoke ON M8Y 3Y2 |
| Rogers Communications / CBV Collection | 6-0079-4317 | c/o FCT Default Solutions PO Box 2514 Station B London ON N6A 4G9 |
| TD Canada Trust | Comptes Multiples | 4880 Tahoe Blvd Mississauga ON L4W 5P3 |

District de: Québec
No division: 01 - Laval
No cour:
No dossier: 41-2517037

## *Rapport de livraison du paquet express*

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

| Nom du Débiteur: | KHAROUF, Charles | # de Paquet: | 1 | Créa par: | De Sousa, Suellen |
|---|---|---|---|---|---|
| Nom du Fichier: | 30450 | Nom de Paquet: | Avis aux créanciers - Bilingue - Div II | Envoyé par: | De Sousa, Suellen |
| # BSF: | 41-2517037 | # de Confirmation: | 802118 | Date envoyéa: 30-mai-2019 14:51 | |

| Destinataire | Numéro de Compte | Adresse | Méthode prévue | Adresse destinée | Méthode de livraison | Adresse de livraison |
|---|---|---|---|---|---|---|
| Agence du revenu du Québec | Comptes Multiples | Service des dossiers de faillites 1265 boulevard Charest O 6e étage secteur C65-6I Québec QC G1N 4V5 | Télécopieur | 4185775017 | | |
| ARC - Taxe - Québec | Comptes Multiples | Shawinigan-Sud National Verification and Collection Centre 4695 Shawinigan-Sud Blvd Shawinigan-Sud QC G9P 5H9 | Adresse électronique | cra-arc_tax-fisc_ins_t-f_g@cra-arc.gc.ca | | |
| Banque Laurentienne du Canada | Comptes Multiples | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | Adresse électronique | 977faillites@banquelaurentienne.ca | | |
| Centre de perception Desjardins | | 2489, rue Saint-Dominique Jonquière QC G7X 6K4 | Adresse électronique | CSP.Recouvrement@desjardins.com | | |
| Charles KHAROUF | | | Adresse électronique | ckharouf@gmail.com | | |

# *Rapport de livraison du paquet express*

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

| Nom du Débiteur: | KHAROUF, Charles | # de Paquet: | 1 | Créa par: | De Sousa, Suellen |
|---|---|---|---|---|---|
| Nom du Fichier: | 30450 | Nom de Paquet: | Avis aux créanciers - Bilingue - Div II | Envoyé par: | De Sousa, Suellen |
| # BSF: | 41-2517037 | # de Confirmation: | 802118 | Date envoyéa: | 30-mai-2019 14:51 |

| Destinataire | Numéro de Compte | Adresse | Méthode prévue | Adresse destinée | Méthode de livraison | Adresse de livraison |
|---|---|---|---|---|---|---|
| CIBC c/o TECHCOM Managed Services | Comptes Multiples | 6-6150 Hwy 7, PO Box 486 Woodbridge ON L4H 0R6 | Adresse électronique | tms.cibc@techcomnet.com | | |
| MBNA / Insolve Global Credit Fund III, L.P. | | c/o TECHCOM Managed Services Inc. 6-6150 Hwy 7, PO Box 487 Woodbridge ON L4H 0R6 | Adresse électronique | tms.insolve@techcomnet.com | | |
| RBC Royal Bank / Banque Royale | | PO Box 57100 Etobicoke ON M8Y 3Y2 | Adresse électronique | bankruptcydocuments@asset.net | | |
| Rogers Communications / CBV Collection | 6-0079-4317 | c/o FCT Default Solutions PO Box 2514 Station B London ON N6A 4G9 | Adresse électronique | dsinsolvency@collectlink.com | | |
| TD Canada Trust | Comptes Multiples | 4880 Tahoe Blvd Mississauga ON L4W 5P3 | Adresse électronique | TD.Bankrupt@td.com | | |

District de:       Québec
No division:       01 - Laval
No cour:
No dossier:       41-2517037

_FORMULAIRE 49_
Avis aux créanciers de la
proposition de consommateur
(alinéa 66.14b) de la Loi)
Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Avis est donné que :

1. Charles KHAROUF, débiteur consommateur, a fait une proposition de consommateur en vertu de l'article 66.13 de la Loi le 29 mai 2019 et une copie de la proposition et du bilan prescrit de ce dernier a été déposée auprès du séquestre officiel par MNP LTÉE, administrateur de la proposition de consommateur, le 30 mai 2019.

2. Sont annexés au présent avis les documents suivants :

a) une copie de la proposition de consommateur;
b) une copie du rapport de l'administrateur concernant la proposition de consommateur qui a été déposée auprès du séquestre officiel le 30 mai 2019; et
c) une copie du bilan visé à l'alinéa 66.13(2)d); et
d) un formulaire de preuve de réclamation.

3. Tout créancier qui a prouvé une réclamation peut, lors de l'assemblée des créanciers ou avant la tenue de celle-ci, ou encore avant l'expiration des 45 jours suivant le dépôt de la proposition, indiquer s'il approuve ou désapprouve la proposition (Veuillez noter que le formulaire 37.1, *formulaire de votation*, peut être utilisé par le créancier afin d'indiquer s'il approuve ou désapprouve la proposition ainsi que pour demander qu'une assemblée des créanciers soit convoquée).

4. Cependant, toute désapprobation que je reçois n'est pas une demande en vue de la convocation d'une assemblée des créanciers pour l'application de l'alinéa 66.15(2)b) et ne sera pas calculée dans le cadre d'un vote portant sur la proposition de consommateur, à moins que je ne sois tenu de convoquer une assemblée des créanciers en vertu de l'article 66.15 de la Loi.

5. Je suis tenu de convoquer une assemblée des créanciers dans la mesure où, selon le cas, en vertu de l'article 66.15 de la Loi :

a) dans les 45 jours suivant le dépôt de la proposition de consommateur, le séquestre officiel m'enjoint de convoquer une telle assemblée; ou
b) des créanciers représentant en valeur au moins 25 p. 100 des réclamations prouvées en font la demande avant l'expiration des 45 jours suivant le dépôt de la proposition de consommateur.

6. Si, au cours de la période de 45 jours mentionnée au paragraphe 5, je ne suis pas tenu de convoquer une assemblée des créanciers, la proposition de consommateur est réputée, en vertu du paragraphe 66.18(1) de la Loi, avoir été acceptée par les créanciers, sans égard à toute désapprobation que j'aurai reçue.

7. En cas d'acceptation effective ou présumée de la proposition de consommateur par les créanciers, je présenterai une demande de révision judiciaire de la proposition par le tribunal seulement si, en vertu de l'article 66.22 de la Loi, le séquestre officiel ou toute autre partie intéressée m'en fait la demande dans les 15 jours suivant l'acceptation - effective ou présumée - de la proposition de consommateur.

8. Si, au cours du délai de 15 jours mentionné au paragraphe 7, je ne reçois aucune demande de révision de la proposition de consommateur par le tribunal, la proposition de consommateur sera réputée avoir été approuvée par le tribunal.

Daté le 29 mai 2019, à Laval en la province de Québec.

MNP LTÉE - Syndic autorisé en insolvabilité
Par:

_____
Olivier Boyd - SAI, Administrateur de la Proposition de Consommateur
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Téléphone: (514) 932-4115     Télécopieur: (514) 932-9195

District of: Quebec
Division No. 01 - Laval
Court No.
Estate No. 41-2517037

_FORM 49_
Notice to Creditors of Consumer Proposal
(Paragraph 66.14(b) of the Act)
In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

Take notice that:

1. Charles KHAROUF, a consumer debtor, made a consumer proposal under section 66.13 of the Act on the 29th day of May 2019 and a copy of it and the prescribed statement of affairs was filed with the official receiver by us, MNP LTÉE, the administrator of the consumer proposal, on the 30th day of May 2019.

2. Attached to this notice are the following documents:

(a) a copy of the consumer proposal;
(b) a copy of our report on the consumer proposal, which was filed with the official receiver on the 30th day of May 2019; and
(c) a copy of the statement of affairs referred to in paragraph 66.13(2)(d) of the Act; and
(d) a proof of claim.

3. Any creditor who has proved a claim may indicate assent to or dissent from the consumer proposal at or prior to a meeting of creditors, or prior to the expiration of the 45-day period following the filing of the consumer proposal (Note: Form 37.1, *Voting Letter*, may be used by the creditor to indicate assent to or dissent from the consumer proposal and to request that a meeting of creditors be held).

4. Any dissent I receive, however, is not a request for a meeting of creditors for the purpose of paragraph 66.15(2)(b) of the Act, and will not be counted in a vote on the consumer proposal unless I am required to call a meeting of creditors pursuant to section 66.15 of the Act.

5. I will be required to call a meeting of creditors only if, pursuant to section 66.15 of the Act:

(a) I am directed to do so by the official receiver within the 45-day period after the filing of the consumer proposal; or
(b) at the expiration of the 45-day period after the filing of the consumer proposal, creditors having in the aggregate at least 25 percent of the value of proven claims have so requested.

6. If, within the 45-day period mentioned at paragraph 5, I am not required to call a meeting of creditors, the consumer proposal shall, by virtue of subsection 66.18(1) of the Act, be deemed to have been accepted by the creditors, regardless of any dissent(s) I may have received.

7. In the event that the consumer proposal has been accepted or is deemed to have been accepted by the creditors, I will apply to the court to review the consumer proposal only if, pursuant to section 66.22 of the Act, I am requested to do so by the official receiver or any other interested party within 15 days after the day of acceptance or deemed acceptance of the consumer proposal.

8. If, within that 15-day period mentioned at paragraph 7, I am not requested to apply to the court to review the consumer proposal, the consumer proposal is deemed to be approved by the court.

Dated at the City of Laval in the Province of Quebec, this 29th day of May 2019.

MNP LTÉE - Licensed Insolvency Trustee
Per:

_____

Olivier Boyd - LIT, Administrator of Consumer Proposal
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Phone: (514) 932-4115    Fax: (514) 932-9195

District de:     Québec
No division:     01 - Laval
No cour:
No dossier:

-- FORMULAIRE 48 --
Rapport de l'administrateur concernant
la proposition de consommateur
(article 66.14 de la Loi)
Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Nous, MNP LTÉE, de 1155, boul. René-Lévesque Ouest, 19e étage, Montréal, QC, H3B 4V2, administrateur de la proposition de consommateur de Charles KHAROUF, débiteur consommateur, faisons rapport au séquestre officiel de ce qui suit :

1. Le débiteur consommateur susnommé a fait une proposition de consommateur le 29 mai 2019 et nous avons déposé une copie de la proposition auprès du séquestre officiel le 29 mai 2019.

2. Nous avons enquêté, ou fait enquête, sur les biens et les affaires du débiteur consommateur de manière à être en mesure d'estimer, avec un degré suffisant d'exactitude, sa situation financière et la cause de son insolvabilité.

3. Sont annexés au présent rapport le bilan du débiteur consommateur et une liste des créanciers dont la valeur des réclamations excède 250 $.

4. Nous sommes d'avis que les causes de l'insolvabilité du débiteur consommateur sont les suivantes :
    Les difficultés financières des sociétés ont été supportées par l'administrateur à l'aide de ses diverses cartes et marges de crédits personnelles.
    Les sociétés ne sont pas en opérations.

5. Nous sommes d'avis, pour les raisons suivantes, que la proposition de consommateur est juste et raisonnable tant pour le débiteur consommateur que pour les créanciers, et que le débiteur consommateur pourra la mettre en oeuvre :

    - Les dettes n'ont pu être consolidées:

    - Le débiteur ne souhaite pas faire cession;

    - Les créanciers recevront un dividende net approximatif de 6% dans la proposition comparativement à aucun dividende dans un contexte de faillite.

Daté le 29 mai 2019, à Laval en la province de Québec.

MNP LTÉE - Syndic autorisé en insolvabilité
Par:

_____
Olivier Boyd - SAI, Administrateur de la Proposition de Consommateur
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Téléphone: (514) 932-4115    Télécopieur: (514) 932-9195

| Créancier | Adresse | # Compte | Réclamation $ |
|---|---|---|---|
| Agence du revenu du Québec Direction régionale du recouvrement | Service des dossiers de faillites 1265 boulevard Charest O 6e étage secteur C65-6I Québec QC G1N 4V5 | Réf: 16844349 | 35,697.00 |
| Banque Laurentienne du Canada Centre de recouvrement | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | | 3,000.00 |
| Banque Laurentienne du Canada Centre de recouvrement | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | Marge | 3,000.00 |
| Centre de perception Desjardins | 2489, rue Saint-Dominique Jonquière QC G7X 6K4 | | 1,100.00 |
| CIBC c/o TECHCOM Managed Services | 6-6150 Hwy 7, PO Box 486 Woodbridge ON L4H 0R6 | | 9,000.00 |
| MBNA / Insolve Global Credit Fund III, L.P. | c/o TECHCOM Managed Services Inc. 6-6150 Hwy 7, PO Box 487 Woodbridge ON L4H 0R6 | | 5,000.00 |
| RBC Royal Bank / Banque Royale c/o BankruptcyHighway.com | PO Box 57100 Etobicoke ON M8Y 3Y2 | | 25,000.00 |
| Rogers Communications / CBV Collection | c/o FCT Default Solutions PO Box 2514 Station B London ON N6A 4G9 | 6-0079-4317 | 1,216.00 |
| TD Canada Trust CC&R Insolvency and Credit Counselling | 4880 Tahoe Blvd Mississauga ON L4W 5P3 | Marge | 3,000.00 |
| TD Canada Trust CC&R Insolvency and Credit Counselling | 4880 Tahoe Blvd Mississauga ON L4W 5P3 | | 5,000.00 |
| **Total** | | | 91,013.00 |

Liste de créanciers avec des réclamations de $250.00 ou plus

District de:    Québec
No division:    01 - Laval
No cour:
No dossier:

- FORMULAIRE 47 -
Proposition de consommateur
(alinéa 66.13(2)c) de la Loi)
Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Je, Charles KHAROUF, débiteur consommateur, fais la proposition de consommateur suivante en vertu de la Loi :

1. Que le paiement des réclamations des créanciers garantis soit fait de la façon suivante :

    SANS OBJET

2. Que le paiement de toutes les réclamations qui, aux termes de la Loi, doivent être payées en priorité sur les autres réclamations dans la distribution de mes biens soit fait de la façon suivante :

    Elles seront payées conformément au paragraphe 136(1) en priorité des autres créanciers non garantis, le cas échéant.

3. Que le paiement des honoraires et dépenses de MNP LTÉE, administrateur de la proposition de consommateur, et de ceux de toute personne se rapportant aux consultations données par celle-ci en vertu de la Loi soit fait de la manière suivante :

    Les honoraires et dépenses de l'administrateur seront payés conformément aux dispositions des paragraphes 129 et 131 des Règles régissant la Loi sur la faillite et l'insolvabilité.

4. Que les paiements suivants soient faits à MNP LTÉE, administrateur de la proposition de consommateur, au profit des créanciers non garantis :

    Le débiteur s'engage à remettre la somme de  9 000$ à raison de  60 versements mensuels consécutifs de 150$.  Le premier versement devra être effectué 30 jours suivants le dépôt de la proposition de consommateur.  Dans le contexte ou sa situation financière le lui permettra, le débiteur paiera plus rapidement sa proposition.

5. Que l'administrateur de la proposition de consommateur distribue aux créanciers non garantis les sommes reçues, conformément aux modalités suivantes :

    La distribution aux créanciers non garantis sera effectuée tous les douze (12) mois à compter de la date d'acceptation ou d'approbation par la Cour de la proposition de consommateur, à condition qu'un montant minimum de 5 000$ soit disponible pour distribution dans le compte bancaire.

6. Que les dispositions supplémentaires suivantes soient incluses dans la présente proposition :

    a)  Les créanciers peuvent nommer un nombre maximal de trois inspecteurs chargés de la proposition de consommateur du débiteur consommateur et en plus des pouvoirs que leur confère la Loi, ces inspecteurs peuvent être autorisés à approuver toute modification de la proposition de consommateur sans convoquer d'assemblée de créanciers, lorsqu'une telle modification vise l'échéancier et le montant des paiements que doivent faire le débiteur consommateur et n'entraîne pas de changement dans le montant à payer ; et

    b) en l'absence d'inspecteurs nommés, l'administrateur de cette proposition de consommateur, doit avoir le pouvoir de proroger le délai pour la réalisation d'un paiement qui devait être fait conformément à cette proposition, aucune prorogation ne devant dépasser les cinq ans suivant l'approbation de cette proposition par le Tribunal ; et

    c) que toute demande prouvable en vertu de cette proposition de consommateur, par sa Majesté la Reine du chef du Canada (ARC) et du chef de toute la province (MRQ) doit inclure tous les impôts, les intérêts et les pénalités qui sont payables à l'égard du revenu gagné par le débiteur consommateur jusqu'à la date de la proposition soumise aux droits de l'ARC et jusqu'à l'année précédente de la proposition soumise aux droits du MRQ, indépendamment de la date d'évaluation réelle ou d'imposition de ces impôts, des intérêts et des pénalités. Si le débiteur consommateur devrait avoir droit au remboursement de l'impôt sur le revenu à l'égard de toute période de temps antérieure à la date du dépôt de cette proposition de consommateur, ce remboursement viendrait en diminution des réclamations prouvables de l'ARC et du MRQ en vertu de cette proposition de consommateur ; et

    d) sur réception de la proposition, toute somme d'argent détenue par le centre de perception du palais de justice suite à une saisie devra être remise à sans délai à l'administrateur de la proposition de consommateur et appliquée contre les termes de la proposition de consommateur.

District de:     Québec
No division:     01 - Laval
No cour:
No dossier:

- FORMULAIRE 47 -
Proposition de consommateur
(alinéa 66.13(2)c) de la Loi)
Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Daté le 29 mai 2019, à Laval en la province de Québec.

_____
OLIVIER BOYD
Témoin

_____
Charles KHAROUF
Débiteur Consommateur

– FORMULAIRE 79 –

Bilan - Proposition déposée par un particulier
(paragraphe 49(2), alinéa 158d), paragraphes 50(2) et 62(1) et alinéa 66.13(2)d) de la Loi)

Bilan:  [x] original        [ ] modifié

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

| ACTIFS | | | | | | |
|---|---|---|---|---|---|---|
| Genre d'actif | Description (Veuillez donner des détails) | Valeur estimée en dollars | Biens exemptés Oui | Biens exemptés Non | Montant garanti / privilège | Valeur estimée nette en dollars* |
| 1. Espèces en main | | | | | | |
| 2. Ameublement | Ameubleument | 3,000.00 | x | | 0.00 | 0.00 |
| 3. Effets personnels | | | | | | |
| 4. Valeur de rachat assurance-vie, REER | | | | | | |
| 5. Valeurs des garanties | 50% actionnaire - 9384-1898 Québec Inc. - EN DÉMARRAGE ET SANS ACTIF | 1.00 | | x | 0.00 | 1.00 |
| | 100% actionnaire - 9322-4756 Québec Inc. - INOPÉRANTE ET SANS ACTIF | 1.00 | | x | 0.00 | 1.00 |
| | 100% actionnaire - Simple Seo - INOPÉRANTE ET SANS ACTIF | 1.00 | | x | 0.00 | 1.00 |
| | 100% actionnaire - Evolio Call - INOPÉRANTE ET SANS ACTIF | 1.00 | | x | 0.00 | 1.00 |
| 6. Immeubles et biens réels     Maison | | | | | | |
| Chalet | | | | | | |
| Terrain | | | | | | |
| 7. Véhicules motorisés     Voiture | Mini Cooper 2007 - BLACKBOOK VALUE | 1,418.00 | x | | 0.00 | 0.00 |
| Motocyclette | | | | | | |
| Motoneige | | | | | | |
| Autre | | | | | | |
| 8. Équipement de loisirs | | | | | | |
| 9. Impôts | | | | | | |
| TOTAL | | 4,422.00 | | | 0.00 | 4.00 |

*Pour une administration sommaire, indiquer la valeur nette après déduction des coûts directement reliés à la réalisation prévus à la Règle 128(1) de la L.F.I.

29-mai-2019
_____
Date

_____
Charles KHAROUF
Débiteur

District de:     Québec
No division:     01 - Laval
No cour:
No dossier:

FORMULAIRE 79 -- Suite

| PASSIF | | | | | | | |
|---|---|---|---|---|---|---|---|
| Code du genre de passif (CGP): | 1 Hypothèques sur les biens immeubles<br>2 Prêts bancaires (excepté hypothèques sur les biens immeubles)<br>3 Prêts des sociétés de crédit<br>4 Cartes de crédit émises par les banques et les sociétés de fiducie | | | 5 Autres émetteurs de cartes de crédit<br>6 Impôts fédéral/provincial/municipal<br>7 Prêts étudiants<br>8 Prêts d'individus<br>9 Autre | | | |

| Créancier | Adresse incluant le code postal | No de compte | Montant de la dette | | | Entrer le CGP |
|---|---|---|---|---|---|---|
| | | | Non-garantie | Garantie | Privilégiée | |
| Agence du revenu du Québec<br>Attn: Direction régionale du recouvrement | Service des dossiers de faillites<br>1265 boulevard Charest O 6e étage secteur C65-6I<br>Québec QC G1N 4V5 | (NEQ:1170951546)<br>-Responsabilité | 0.00 | 0.00 | 0.00 | 6 |
| Agence du revenu du Québec<br>Attn: Direction régionale du recouvrement | Service des dossiers de faillites<br>1265 boulevard Charest O 6e étage secteur C65-6I<br>Québec QC G1N 4V5 | (NEQ: 2270489307)<br>-Responsabilité | 0.00 | 0.00 | 0.00 | 6 |
| Agence du revenu du Québec<br>Attn: Direction régionale du recouvrement | Service des dossiers de faillites<br>1265 boulevard Charest O 6e étage secteur C65-6I<br>Québec QC G1N 4V5 | 08/08/1989 | 0.00 | 0.00 | 0.00 | 6 |
| Agence du revenu du Québec<br>Attn: Direction régionale du recouvrement | Service des dossiers de faillites<br>1265 boulevard Charest O 6e étage secteur C65-6I<br>Québec QC G1N 4V5 | Réf: 16844349 | 35,697.00 | 0.00 | 0.00 | 6 |
| ARC - Taxe - Québec | Shawinigan-Sud National Verification and Collection Centre<br>4695 Shawinigan-Sud Blvd<br>Shawinigan-Sud QC G9P 5H9 | (NEQ: 2270489307)<br>-Responsabilité | 0.00 | 0.00 | 0.00 | 6 |
| ARC - Taxe - Québec | Shawinigan-Sud National Verification and Collection Centre<br>4695 Shawinigan-Sud Blvd<br>Shawinigan-Sud QC G9P 5H9 | 08/08/1989 | 0.00 | 0.00 | 0.00 | 6 |
| ARC - Taxe - Québec | Shawinigan-Sud National Verification and Collection Centre<br>4695 Shawinigan-Sud Blvd<br>Shawinigan-Sud QC G9P 5H9 | (NEQ:1170951546)<br>-Responsabilité | 0.00 | 0.00 | 0.00 | 6 |

29-mai-2019

Date

Charles KHAROUF
Débiteur

District de:     Québec
No division:     01 - Laval
No cour:
No dossier:

FORMULAIRE 79 – Suite

| Créancier | Adresse incluant le code postal | No de compte | Montant de la dette | | | Entrer le CGP |
|---|---|---|---|---|---|---|
| | | | Non-garantie | Garantie | Privilégiée | |
| Banque Laurentienne du Canada Attn: Centre de recouvrement | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | | 3,000.00 | 0.00 | 0.00 | 2 |
| Banque Laurentienne du Canada Attn: Centre de recouvrement | 100 - 955 Boul de Maisonneuve E Montréal QC H2L 1Z3 | Marge | 3,000.00 | 0.00 | 0.00 | 2 |
| Centre de perception Desjardins | 2489, rue Saint-Dominique Jonquière QC G7X 6K4 | | 1,100.00 | 0.00 | 0.00 | 9 |
| CIBC c/o TECHCOM Managed Services | 6-6150 Hwy 7, PO Box 486 Woodbridge ON L4H 0R6 | | 9,000.00 | 0.00 | 0.00 | 9 |
| CIBC c/o TECHCOM Managed Services | 6-6150 Hwy 7, PO Box 486 Woodbridge ON L4H 0R6 | 13-29812 | 150.00 | 0.00 | 0.00 | 9 |
| MBNA / Insolve Global Credit Fund III, L.P. | c/o TECHCOM Managed Services Inc. 6-6150 Hwy 7, PO Box 487 Woodbridge ON L4H 0R6 | | 5,000.00 | 0.00 | 0.00 | 9 |
| RBC Royal Bank / Banque Royale Attn: c/o BankruptcyHighway.com | PO Box 57100 Etobicoke ON M8Y 3Y2 | | 25,000.00 | 0.00 | 0.00 | 2 |
| Rogers Communications / CBV Collection | c/o FCT Default Solutions PO Box 2514 Station B London ON N6A 4G9 | 6-0079-4317 | 1,216.00 | 0.00 | 0.00 | 9 |
| TD Canada Trust Attn: CC&R Insolvency and Credit Counselling | 4880 Tahoe Blvd Mississauga ON L4W 5P3 | Marge | 3,000.00 | 0.00 | 0.00 | 9 |
| TD Canada Trust Attn: CC&R Insolvency and Credit Counselling | 4880 Tahoe Blvd Mississauga ON L4W 5P3 | | 5,000.00 | 0.00 | 0.00 | 5 |
| | TOTAL | Non-garantie | 91,163.00 | | | |
| | TOTAL | Garantie | | 0.00 | | |
| | TOTAL | Privilégiée | | | 0.00 | |
| | | | | TOTAL | 91,163.00 | |

29-mai-2019

Date

Charles KHAROUF

Débiteur

District de:      Québec
No division:     01 - Laval
No cour:
No dossier:

FORMULAIRE 79 – Suite

| RENSEIGNEMENTS RELATIFS AUX AFFAIRES DU DÉBITEUR | | | | |
|---|---|---|---|---|
| **A. Information Personnelle** | | | | |
| 1. Nom de famille :<br><br>KHAROUF | Prénoms :   Charles<br><br>Sexe :   Homme | | Né(e) le : AAAA-MMM-JJ<br><br>1989/08/08 | |
| 2. Pseudonymes : | | | | |
| 3. Adresse complète - y compris le code postal :<br><br>201-427 Étienne-Lavoie<br>Laval QC H7X 0B9 | | | | |
| 4. État civil:<br>(Précisez le mois et l'année si l'événement est survenu dans les cinq dernières années) | | Union de fait | | |
| 5. Nom complet de l'époux ou du conjoint de fait :    Annie FOUCAULT | | | | |
| 6. Nom du présent employeur :<br><br>Gestion de capital Westgate | Occupation :<br><br>Développeur informatique (Temps plein) | | | |
| 7A. Nombre de personnes dans l'unité familiale incluant le débiteur: | | | 2 | |
| 7B. Nombre de personnes âgées de 17 ans et moins : | | | 0 | |
| 8. Avez-vous exploité une entreprise durant les cinq dernières années? | | | Oui | |
| Nom d'entreprise | Type d'entreprise | | De | À |
| 9384-1898 QUÉBEC INC. | SOCIÉTÉS DE PRÊTS À LA CONSOMMATION | | 05-Sep-2018 | |
| SIMPLE SEO (Enregistré à Delaware. Numéro: 4580339) | AGENCE PRESTATAIRE DE SERVICES INTERNET | | 01-Jan-2018 | 30-Jun-2018 |
| EVOLIO CALL (Enregistré à Santo Domingo, République Dominicaine. Enregistrement: 472953) | CENTRE D'APPELS | | 02-May-2017 | 30-Jun-2018 |
| 9322-4756 QUÉBEC INC. | AGENCE DE PUBLICITÉ | | 12-May-2015 | 30-Aug-2018 |
| DEVCOSTRAT MARKETING ET FORMATION | BUREAUX DE CONSEILLERS EN GESTION | | 12-Dec-2014 | 20-Jun-2018 |
| **B. AU COURS DES 12 MOIS PRÉCÉDANT L'OUVERTURE DE LA FAILLITE AVEZ-VOUS, AU CANADA OU AILLEURS :** | | | | |
| 9A. Vendu ou disposé quelques-uns de vos biens? | | Non | | |
| 9B. Fait des paiements en plus des remises ordinaires à vos créanciers ? | | Non | | |
| 9C. Subi des saisies de quelques biens par vos créanciers? | | Non | | |
| **C. AU COURS DES CINQ ANS PRÉCÉDANT L'OUVERTURE DE LA FAILLITE, AVEZ-VOUS, AU CANADA OU AILLEURS :** | | | | |
| 10A. Vendu ou disposé quelques biens? | | Oui | | |
| 10B. Fait quelques dons de plus de 500 $ à des parents ou d'autres personnes? | | Non | | |

29-mai-2019

Date

Charles KHAROUF
Débiteur

District de: Québec
No division: 01 - Laval
No cour:
No dossier:

FORMULAIRE 79 – Fin

| D- RENSEIGNEMENTS BUDGÉTAIRES : Annexez le formulaire 65 au présent formulaire. | |
|---|---|
| 11A. Avez-vous déjà fait une proposition sous la *Loi sur la faillite et l'insolvabilité*? | Non |
| 11B. Avez-vous déjà été en faillite au Canada? | Non |
| | |
| 12. Vous attendez-vous à recevoir des sommes d'argent en dehors du cours normal des affaires ou autres biens au cours des 12 prochains mois? Non | |
| 13. Si les réponses 9, 10 et 12 sont affirmatives, veuillez donner des détails : **10A :** En janvier 2013, le débiteur et sa mère, Madame Bernadette Ego, ont acheté l'immeuble sis au 4-810, rue Étienne-Lavoie à Laval, province de Québec. Le contrat de vente (numéro d'inscription : 19 693 006) stipulait que la mise de fonds effectuée entièrement par Madame Ego, une somme de 45 000$, lui serait retournée advenant la revente de la maison. C'est ainsi qu'en décembre 2016, à la suite de la vente de l'immeuble, la ~~somme de 46 000$~~ a été retournée à Madame Ego. ~~Le reste du produit de la vente, une somme estimative de 6 000$ a servi à payer des dépenses courantes et des dettes.~~ *C.K* | |
| 14. Donnez les raisons de vos difficultés financières : Les difficultés financières des sociétés ont été supportées par l'administrateur à l'aide de ses diverses cartes et marges de crédits personnelles. Les sociétés ne sont pas en opérations. | |

Je, Charles KHAROUF, de Laval en la province de Québec, étant dûment assermenté (ou ayant déclaré solennellement) déclare que le bilan est, à ma connaissance, un relevé complet, véridique et entier de mes affaires en ce 29 mai 2019, et indique au complet tous mes biens et transactions de quelque nature qu'ils soient, en ma possession et dévolus, tel que définis par la Loi sur la faillite et l'insolvabilité.

ASSERMENTÉ (ou DÉCLARÉ SOLENNELLEMENT)
devant moi le 29 mai 2019 de Laval en la province de Québec.

_____

Olivier Boyd, Commissaire à l'Assermentation
Pour la province de Québec
Expire le 9 décembre 2021

29-mai-2019
_____
Date

_____
Charles KHAROUF
Débiteur

District de:      Québec
No division:      01 - Laval
No cour:
No dossier:

**- FORMULAIRE 65 -**
État mensuel des revenus et dépenses d'un failli et de l'unité familiale et
Information (ou Information modifiée) concernant
la situation financière d'un failli
(article 68 et paragraphe 102(3) de la Loi et Règle 105(4))

Bilan: [x] original     [ ] modifié

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Les renseignements concernant l'état mensuel des revenus et dépenses du débiteur et de l'unité familiale, la situation financière du débiteur et l'obligation du débiteur de faire les versements à l'actif de la proposition en vertu de l' article 68 de la Loi sont les suivants :

| REVENU MENSUEL | Failli(e) | Autres membres de l'unité familiale | Total |
|---|---|---|---|
| Revenus d'emploi nets . . . . . . . . . . . . . . . . . . . . . . . | *1789* ~~2,167.00~~ | | |
| Pension et rentes nettes. . . . . . . . . . . . . . . . . . . . . . | 0.00 | | |
| Pension alimentaire nette pour les enfants . . . . . . . . | 0.00 | | |
| Pension alimentaire nette pour le conjoint. . . . . . . . . | 0.00 | | |
| Prestations d'assurance-emploi nettes . . . . . . . . . . . | 0.00 | | |
| Prestations d'assistance sociale nettes. . . . . . . . . . . | 0.00 | | |
| Revenu d'un travail indépendant Brut 0.00 Net. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | | |
| Allocations familiales. . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | | |
| Autres revenus nets. . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | | |
| TOTAL DU REVENU MENSUEL . . . . . . . . . . . . *1789* | ~~2,167.00~~ (1) | 0.00 (2)* | *1789* ~~2,167.00~~ (3) |

TOTAL DU REVENU MENSUEL DE L'UNITÉ FAMILIALE ((1) + (2))

DÉPENSES MENSUELLES NON DISCRÉTIONNAIRES

| | | | |
|---|---|---|---|
| Pension alimentaire pour les enfants. . . . . . . . . . . . . . | 0.00 | | |
| Pension alimentaire pour le conjoint. . . . . . . . . . . . . | 0.00 | | |
| Frais de garde d'enfants. . . . . . . . . . . . . . . . . . . . . . . | 0.00 | | |
| Dépenses relatives à une condition médicale. . . . . . . | 0.00 | | |
| Amendes et pénalités imposées par le tribunal . . . . . . | 0.00 | | |
| Dépenses relatives à une condition d'emploi . . . . . . . . | 0.00 | | |
| Dettes sujettes à une levée des procédures. . . . . . . . . | 0.00 | | |
| Autres dépenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | | |

TOTAL DES DÉPENSES MENSUELLES
NON DISCRÉTIONNAIRES . . . . . . . . . . . . . . . . . . . . . .    0.00(4)        0.00(5)

TOTAL DES DÉPENSES MENSUELLES NON DISCRÉTIONNAIRES DE L'UNITÉ FAMILIALE ((4) + (5)) . . . .    0.00    (6)

REVENU MENSUEL DISPONIBLE DU FAILLI ((1) - (4)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    2,167.00(7)

REVENU MENSUEL DISPONIBLE DE L'UNITÉ FAMILIALE ((3) - (6)). . . . . . . . . . . . . . . . . . . . . . . . . . . . .    *1789* ~~2,167.00~~    (8)

POURCENTAGE DU REVENU MENSUEL DISPONIBLE DE L'UNITÉ FAMILIALE
ATTRIBUABLE DU FAILLI ((7) / (8) X 100). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    100.00 % (9)

DÉPENSES MENSUELLES DISCRÉTIONNAIRES (Unité familiale) :

| Dépenses relatives au logement | | Dépenses de frais de subsistance | |
|---|---|---|---|
| Loyer/Hypothèque . . . . . . . . . | 613.00 | Nourriture/Épicerie . . . . . . . . . . . . . . | ~~540.00~~ *275* |
| Taxes foncières/Frais de copropriété... | 0.00 | Buanderie/Nettoyage à sec . . . . . . . . | 0.00 |
| Chauffage/Gaz/Huile . . . . . . . . . . . . . | 60.00 | Soins personnels. . . . . . . . . . . . . . . | 50.00 |
| Téléphone. . . . . . . . . . . . . . . . . . . . . | 45.00 | Vêtements . . . . . . . . . . . . . . . . . . . . . | 50.00 |
| Câble . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | Autre . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Électricité . . . . . . . . . . . . . . . . . . . . . | 75.00 | **Dépenses de transport** | |
| Eau. . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | Location/Paiements pour automobile | 0.00 |
| Ameublement. . . . . . . . . . . . . . . . . . . | 0.00 | Entretien/Réparation/Essence. . . . . . | 0.00 |
| Autre . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | Transport en commun . . . . . . . . . . . . | 0.00 |
| **Dépenses personnelles** | | Autre: Provisions transport. . . . . . . . . | 420.00 |
| Tabac . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | **Dépenses d'assurance** | |
| Alcool . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | Véhicule . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Repas/Restaurants . . . . . . . . . . . . . . | ~~80.00~~ | Maison. . . . . . . . . . . . . . . . . . . . . . . . | 34.00 |
| Divertissements/Sports . . . . . . . . . . . | ~~20.00~~ | Ameublement/Autres biens. . . . . . . . | 0,00 |
| Cadeaux/Dons de charité . . . . . . . . . | 0.00 | Vie. . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Allocations . . . . . . . . . . . . . . . . . . . . | 0.00 | Autre . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Autre. . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | **Paiements** | |
| **Dépenses médicales non remboursables** | | À la proposition . . . . . . . . . . . . . . . . | 150.00 |
| Prescriptions . . . . . . . . . . . . . . . . . . . | 10.00 | Effectués à un créancier garanti . . . . | 0.00 |
| Soins dentaires . . . . . . . . . . . . . . . . . | 20.00 | (Autres que l'hypothèque et le véhicule) | 0.00 |
| Autre . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | Autre. . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |

TOTAL DES DÉPENSES MENSUELLES DISCRÉTIONNAIRES (UNITÉ FAMILIALE) . . . . . . . . . . . . . . . . . *1789* ~~2,167.00~~ (10)

SURPLUS (DÉFICIT) MENSUEL (UNITÉ FAMILIALE) ((8) - (10)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0.00 (11)

Note:

Le montant attribué au loyer représente uniquement la portion payée par le débiteur.

Le conjointe du débiteur ne veut pas divulguer ses revenus.

Le véhicule du débiteur, Mini Copper 2007, requiert des réparations. Ceci a été provisionné dans les dépenses de transport et ce afin de couvrir la carte de transport en commun, les frais des plaques, le coût de l'essence et l'entretien.

Daté le 29 mai 2019, à Laval en la province de Québec.

MNP LTÉE - Syndic autorisé en insolvabilité

1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Téléphone: (514) 932-4115    Télécopieur: (514) 932-9195

Charles KHAROUF

District de: Québec
No division: 01 - Laval
No cour:
No dossier: 41-2517037

### FORMULAIRE 37.1
Formulaire de votation
(alinéa 66.15(3)c) de la Loi)

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

1. Je, _____, créancier (ou Je, _____, représentant de _____,
créancier), de _____, créancier dans l'affaire susmentionnée à l'égard de la somme de _____ $.
déclare comprendre ce qui suit :

a) En tant que créancier ayant prouvé une réclamation, je peux, lors de l'assemblée des créanciers ou avant la tenue de celle-ci, ou encore avant l'expiration des 45 jours suivant le dépôt de la proposition, indiquer si j'approuve ou désapprouve la proposition de consommateur;

b) Un vote **CONTRE** l'acceptation de la proposition de consommateur n'est pas une demande en vue de la convocation d'une assemblée des créanciers pour l'application de l'alinéa 66.15(2)b) de la Loi et ne sera pas calculé dans le cadre d'un vote portant sur la proposition de consommateur, à moins qu'une assemblée des créanciers soit convoquée;

c) L'administrateur de la proposition de consommateur sera tenu de convoquer une assemblée des créanciers dans la mesure où, selon le cas, en vertu de l'article 66.15 de la Loi :

 - dans les 45 jours suivant le dépôt de la proposition de consommateur, si le séquestre officiel lui enjoint de convoquer une telle assemblée; ou

 - des créanciers représentant en valeur au moins 25 p. 100 des réclamations prouvées en font la demande avant l'expiration des 45 jours suivant le dépôt de la proposition de consommateur.

d) Si une assemblée des créanciers n'est pas convoquée, la proposition de consommateur est réputée, en vertu du paragraphe 66.18(1) de la Loi, avoir été acceptée par les créanciers, sans égard à toute désapprobation reçue par l'administrateur de la proposition de consommateur.

2. Je demande *(Cochez et remplissez la section pertinente)*

☐ à l'administrateur agissant relativement à la proposition de consommateur de consigner mon vote **EN FAVEUR** de l'acceptation de la proposition de consommateur, faite le 29 mai 2019.

☐ à l'administrateur agissant relativement à la proposition de consommateur d'enregistrer mon vote **CONTRE** l'acceptation de la proposition de consommateur comme fait le29 mai 2019 .

☐ à l'administrateur agissant relativement à la proposition de consommateur d'enregistrer mon vote **CONTRE** l'acceptation de la proposition de consommateur comme fait le 29 mai 2019 et **JE DEMANDE QU'UNE ASSEMBLÉE SOIT CONVOQUÉE.**

Daté le_____, à _____.

_____
Témoin

_____
Nom du créancier ou le représentant du créancier

Retournez À:    MNP LTÉE - Syndic autorisé en insolvabilité
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Téléphone: (514) 932-4115    Télécopieur: (514) 932-9195

District of: Quebec
Division No. 01 - Laval
Court No.
Estate No. 41-2517037

FORM 37.1
Voting Letter
(Paragraph 66.15(3)(c) of the Act)

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

1. I, _____, creditor (or I, _____, representative of
_____, creditor), of _____, a creditor in the above matter for the sum of
$_____, hereby understand that:

(a) as a creditor who has proven claim, I may indicate assent to or dissent from the consumer proposal at or prior to a meeting of creditors, or prior to the expiration of the 45-day period following the filing of the consumer proposal;

(b) a vote AGAINST the consumer proposal is not a deemed request for a meeting of creditors for the purpose of paragraph 66.15(2)(b) of the Act, and will not be counted in a vote on the consumer proposal unless a meeting of creditors is called;

(c) the administrator of the consumer proposal will be required to call a meeting of creditors only if, pursuant to section 66.15 of the Act:
- he/she is directed to do so by the official receiver within the 45-day period after the filing of the consumer proposal; or
- at the expiration of the 45-day period after the filing of the consumer proposal, creditors having in the aggregate at least 25 percent of the value of proven claims have so requested.

(d) if no meeting of creditors is called, the consumer proposal shall, by virtue of subsection 66.18(1) of the Act, be deemed to have been accepted by the creditors, regardless of any dissent(s) the administrator of the consumer proposal may have received.

2. I hereby request: *(Check and complete the appropriate section)*

☐ the administrator acting with respect to the consumer proposal to record my vote **FOR** the acceptance of the consumer proposal as made on the 29th day of May 2019.

☐ the administrator acting with respect to the consumer proposal to record my vote **AGAINST** the acceptance of the consumer proposal as made on the 29th day of May 2019;

☐ the administrator acting with respect to the consumer proposal to record my vote **AGAINST** the acceptance of the consumer proposal as made on the 29th day of May 2019 and **REQUEST THAT A MEETING OF CREDITORS BE CONVENED.**

Dated at _____, this _____ day of _____ _____.

_____            _____
Witness                             Name of Creditor or Representative of Creditor

Return To:     MNP LTÉE - Licensed Insolvency Trustee
               1155, boul. René-Lévesque Ouest, 19e étage
               Montréal QC H3B 4V2
               Phone: (514) 932-4115    Fax: (514) 932-9195

District de: Québec
No division: 01 - Laval
No cour:
No dossier: 41-2517037

FORMULAIRE 36
Formulaire de procuration
(paragraphe 102(2) et alinéas 51(1)e) et 66.15(3)b)
de la Loi)

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Je, _____, de _____, créancier dans l'affaire susmentionnée,
nomme _____, de _____, mon
fondé de pouvoir à tous égards dans l'affaire susmentionnée, sauf la réception de dividendes, celui-ci
_____ (étant ou n'étant pas) habilité à nommer un autre fondé de pouvoir à sa place.

Daté le _____, à _____.

_____
Témoin

_____
Créancier (personne physique)

_____
Créancier (personne morale)

_____                Par _____
Témoin                                   Nom et titre du signataire autorisé

Retournez à :

MNP LTÉE - Syndic autorisé en insolvabilité
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Téléphone: (514) 932-4115    Télécopieur: (514) 932-9195

District of: Quebec
Division No. 01 - Laval
Court No.
Estate No. 41-2517037

## FORM 36
### Proxy
(Subsection 102(2) and paragraphs 51(1)(e) and 66.15(3)(b) of the Act)

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

I, _____, of _____, a creditor in the above matter, hereby
appoint _____, of _____, to be
my proxyholder in the above matter, except as to the receipt of dividends,_____(with or without)
power to appoint another proxyholder in his or her place.


Dated at _____, this _____ day of _____, _____.


_____
Witness

_____
Individual Creditor

_____
Witness

_____
Name of Corporate Creditor

Per _____
Name and Title of Signing Officer

Return To:

MNP LTÉE - Licensed Insolvency Trustee
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Phone: (514) 932-4115    Fax: (514) 932-9195

District de:        Québec
No division:        01 - Laval
No cour:
No dossier:         41-2517037

### FORMULAIRE 31
Preuve de réclamation
(articles 50.1, 81.5 et 81.6, paragraphes 65.2(4), 81.2(1), 81.3(8), 81.4(8), 102(2), 124(2) et 128(1)
et alinéas 51(1)e) et 66.14b de la Loi)

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Expédier tout avis ou toute correspondance concernant la présente réclamation à l'adresse suivante :

_____

_____

Dans l'affaire de la proposition de Charles KHAROUF de Laval en la province de Québec et de la réclamation de
_____, créancier.

Je, _____ (nom du créancier ou du représentant du créancier) de la ville de _____ de la
province de _____, certifie ce qui suit :

1. Je suis le créancier du débiteur susnommé (ou Je suis _____ (le poste/la fonction) du _____,
créancier).

2. Je suis au courant de toutes les circonstances entourant la réclamation visée par le présent formulaire.

3. Le débiteur était, à la date de la proposition, soit le 30 mai 2019, endetté envers le créancier et l'est toujours, pour la somme de
_____$, comme l'indique l'état de compte (ou l'affidavit) ci-annexé et désigné comme l'annexe A, après déduction du
montant de toute créance compensatoire à laquelle le débiteur a droit. (L'état de compte ou l'affidavit annexé doit faire mention des pièces
justificatives ou de toute autre preuve à l'appui de la réclamation.)

4. (Cochez la catégorie qui s'applique et remplissez les parties requises.)

☐    A. RÉCLAMATION NON GARANTIE AU MONTANT DE_____ $

(autre qu'une réclamation d'un client visée par l'article 262 de la Loi)

En ce qui concerne cette créance, je ne détiens aucun avoir du débiteur à titre de garantie et :
(Cochez ce qui s'applique.)

☐    pour le montant de _____$, je ne revendique aucun droit à un rang prioritaire.

☐    pour le montant de _____$, je revendique le droit à un rang prioritaire en vertu de l'article 136 de la Loi.
(Indiquez sur une feuille annexée les renseignements à l'appui de la réclamation prioritaire.)

☐    B. RÉCLAMATION DU LOCATEUR SUITE À LA RÉSILIATION D'UN BAIL, AU MONTANT DE _____ $

J'ai une réclamation en vertu du paragraphe 65.2(4) de la Loi, dont les détails sont mentionnés ci-après :
(Donnez tous les détails de la réclamation, y compris les calculs s'y rapportant.)

☐    C. RÉCLAMATION GARANTIE AU MONTANT DE _____ $

En ce qui concerne la créance susmentionnée, je détiens des avoirs du débiteur à titre de garantie, dont la valeur estimative
s'élève à _____$ et dont les détails sont mentionnés ci-après :
(Donnez des renseignements complets au sujet de la garantie, y compris la date à laquelle elle a été donnée et la valeur que
vous lui attribuez, et annexez une copie des documents relatifs à la garantie.)

☐    D. RÉCLAMATION D'UN AGRICULTEUR, D'UN PÊCHEUR OU D'UN AQUICULTEUR AU MONTANT DE _____ $

J'ai une réclamation en vertu du paragraphe 81.2(1) de la Loi pour la somme impayée de _____ $
(Veuillez joindre une copie de l'acte de vente et des reçus de livraison).

☐ E. RÉCLAMATION D'UN SALARIÉ AU MONTANT DE _____ $

☐ J'ai une réclamation en vertu du paragraphe 81.3(8) de la Loi au montant de _____ $

☐ J'ai une réclamation en vertu du paragraphe 81.4(8) de la Loi au montant de _____ $

☐ F. RÉCLAMATION D'UN EMPLOYÉ RELATIVE AU RÉGIME DE PENSION AU MONTANT DE _____ $

☐ J'ai une réclamation en vertu du paragraphe 81.5 de la Loi au montant de _____ $

☐ J'ai une réclamation en vertu du paragraphe 81.6 de la Loi au montant de _____ $

☐ G. RÉCLAMATION CONTRE LES ADMINISTRATEURS AU MONTANT DE _____ $

*(À remplir lorsque la proposition vise une transaction quant à une réclamation contre les administrateurs.)*
J'ai une réclamation en vertu du paragraphe 50(13) de la Loi, dont les détails sont mentionnés ci-après :
*(Donnez tous les détails de la réclamation, y compris les calculs s'y rapportant.)*

☐ H. RÉCLAMATION D'UN CLIENT D'UN COURTIER EN VALEURS MOBILIÈRES FAILLI AU MONTANT DE _____ $

J'ai une réclamation en tant que client en conformité avec l'article 262 de la Loi pour des capitaux nets, dont les détails sont mentionnés ci-après :
*(Donnez tous les détails de la réclamation, y compris les calculs s'y rapportant.)*

5. Au meilleur de ma connaissance, je _____(suis/ne suis pas)(ou le créancier susnommé _____(est/n'est pas)) lié au débiteur selon l'article 4 de la Loi,et (j'ai/le créancier susnommé a/je n'ai pas/le créancier susnommé n'a pas) un lien de dépendance avec le débiteur.

6. Les montants suivants constituent les paiements que j'ai reçus du débiteur et les crédits que j'ai attribués à celui-ci et les opérations sous-évaluées selon le paragraphe 2(1) de la Loi auxquelles j'ai contribué ou été partie intéressée au cours des trois mois (ou, si le créancier et le débiteur sont des "personnes liées" au sens du paragraphe 4(2) de la Loi ou ont un lien de dépendance, au cours des douze mois) précédant immédiatement l'ouverture de la faillite, telle que défini au paragraphe 2(1) de la Loi. (Donnez les détails des paiements, des crédits et des opérations sous-évaluées.)

7. (Applicable seulement dans le cas de la faillite d'une personne physique)

☐ Lorsque le syndic doit réexaminer la situation financière du failli pour déterminer si celui-ci est tenu de verser les paiements prévus à l'article 68 de la LFI, je demande que l'on m'avise, conformément au paragraphe 68(4) de la Loi, du nouveau montant que le failli est tenu de verser à l'actif de la faillite ou du fait que le failli n'a plus de revenu excédentaire.

☐ Je demande qu'une copie du rapport dûment rempli par le syndic quant à la demande de libération du failli, en conformité avec le paragraphe 170(1) de la Loi, me soit expédiée à l'adresse susmentionnée.

Daté le _____ , à _____ .

_____
Témoin

_____
Créancier

Numéro de téléphone : _____
Numéro de télécopieur : _____
Adresse électronique : _____

REMARQUE : Si un affidavit est joint au présent formulaire, il doit avoir été fait devant une personne autorisée à recevoir des affidavits.

AVERTISSEMENTS : Le syndic peut, en vertu du paragraphe 128(3) de la Loi, racheter une garantie sur paiement au créancier garanti de la créance ou de la valeur de la garantie telle qu'elle a été fixée par le créancier garanti dans la preuve de garantie.

Le paragraphe 201(1) de la Loi prévoit l'imposition de peines sévères en cas de présentation de réclamations, de preuves, de déclarations ou d'états de compte qui sont faux.

District of:      Quebec
Division No.    01 - Laval
Court No.
Estate No.      41-2517037

### FORM 31
Proof of Claim
(Sections 50.1, 81.5, 81.6, Subsections 65.2(4), 81.2(1), 81.3(8), 81.4(8), 102(2), 124(2), 128(1),
and Paragraphs 51(1)(e) and 66.14(b) of the Act)

In the matter of the consumer proposal of
Charles KHAROUF
of the city of Laval, in the Province of Quebec

All notices or correspondence regarding this claim must be forwarded to the following address:

_____

_____

In the matter of the proposal of Charles KHAROUF of the city of Laval in the Province of Quebec and the claim of
_____, creditor.

I, _____ (name of creditor or representative of the creditor), of the city of _____ in the
province of _____, do hereby certify:

1. That I am a creditor of the above named debtor (or I am _____ (position/title) of _____,
creditor).

2. That I have knowledge of all the circumstances connected with the claim referred to below.

3. That the debtor was, at the date of proposal, namely the 30th day of May 2019, and still is, indebted to the creditor in the sum of
$_____, as specified in the statement of account (or affidavit) attached and marked Schedule "A", after deducting any
counterclaims to which the debtor is entitled. (The attached statement of account or affidavit must specify the vouchers or other evidence in
support of the claim.)

4. (Check and complete appropriate category.)

☐    A. UNSECURED CLAIM OF $_____

(other than as a customer contemplated by Section 262 of the Act)

That in respect of this debt, I do not hold any assets of the debtor as security and
(Check appropriate description.)

☐    Regarding the amount of $_____, I claim a right to a priority under section 136 of the Act.

☐    Regarding the amount of $_____, I do not claim a right to a priority.
(Set out on an attached sheet details to support priority claim.)

☐    B. CLAIM OF LESSOR FOR DISCLAIMER OF A LEASE $_____

That I hereby make a claim under subsection 65.2(4) of the Act, particulars of which are as follows:
(Give full particulars of the claim, including the calculations upon which the claim is based.)

☐    C. SECURED CLAIM OF $_____

That in respect of this debt, I hold assets of the debtor valued at $_____ as security, particulars of which are as follows:
(Give full particulars of the security, including the date on which the security was given and the value at which you assess the security,
and attach a copy of the security documents.)

☐    D. CLAIM BY FARMER, FISHERMAN OR AQUACULTURIST OF $_____

That I hereby make a claim under subsection 81.2(1) of the Act for the unpaid amount of $_____
(Attach a copy of sales agreement and delivery receipts.)

☐    E. CLAIM BY WAGE EARNER OF $_____

☐    That I hereby make a claim under subsection 81.3(8) of the Act in the amount of $_____,

☐    That I hereby make a claim under subsection 81.4(8) of the Act in the amount of $_____,

☐    F. CLAIM BY EMPLOYEE FOR UNPAID AMOUNT REGARDING PENSION PLAN OF $_____

☐    That I hereby make a claim under subsection 81.5 of the Act in the amount of $_____,

☐    That I hereby make a claim under subsection 81.6 of the Act in the amount of $_____,

☐    G. CLAIM AGAINST DIRECTOR $_____

*(To be completed when a proposal provides for the compromise of claims against directors.)*
*That I hereby make a claim under subsection 50(13) of the Act, particulars of which are as follows:*
*(Give full particulars of the claim, including the calculations upon which the claim is based.)*

☐    H. CLAIM OF A CUSTOMER OF A BANKRUPT SECURITIES FIRM $_____

That I hereby make a claim as a customer for net equity as contemplated by section 262 of the Act, particulars of which are as follows: *(Give full particulars of the claim, including the calculations upon which the claim is based.)*

5. That, to the best of my knowledge, I _____(am/am not) (or the above-named creditor _____(is/is not)) related to the debtor within the meaning of section 4 of the Act, and _____(have/has/have not/has not) dealt with the debtor in a non-arm's-length manner.

6. That the following are the payments that I have received from, and the credits that I have allowed to, and the transfers at undervalue within the meaning of subsection 2(1) of the Act that I have been privy to or a party to with the debtor within the three months (or, if the creditor and the debtor are related within the meaning of section 4 of the Act or were not dealing with each other at arm's length, within the 12 months) immediately before the date of the initial bankruptcy event within the meaning of Section 2 of the Act: (Provide details of payments, credits and transfers at undervalue.)

7. (Applicable only in the case of the bankruptcy of an individual.)

☐    Whenever the trustee reviews the financial situation of a bankrupt to redetermine whether or not the bankrupt is required to make payments under section 68 of the Act, I request to be informed, pursuant to paragraph 68(4) of the Act, of the new fixed amount or of the fact that there is no longer surplus income.

☐    I request that a copy of the report filed by the trustee regarding the bankrupt's application for discharge pursuant to subsection 170(1) of the Act be sent to the above address.

Dated at _____, this _____ day of _____, _____.

_____
           **Witness**

_____
                    **Creditor**

Phone Number: _____
Fax Number : _____
E-mail Address : _____

NOTE:    If an affidavit is attached, it must have been made before a person qualified to take affidavits.

WARNINGS:    A trustee may, pursuant to subsection 128(3) of the Act, redeem a security on payment to the secured creditor of the debt or the value of the security as assessed, in a proof of security, by the secured creditor.

                   Subsection 201(1) of the Act provides severe penalties for making any false claim, proof, declaration or statement of account.

District de: Québec
No division: 01 - Laval
No cour:
No dossier: 41-2517037

FORMULAIRE 01.1

Identification générale de l'expéditeur pour copies de tous formulaires prescrits
envoyés au(x) créancier(s) par voie électronique

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

Daté le 10 juin 2019, à Laval en la province de Québec.

Personne responsable (expéditeur) : Olivier Boyd
(Administrateur de la Proposition de Consommateur)

Dénomination sociale: MNP LTÉE

Adresse : 1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2

Téléphone : (514) 932-4115
Télécopieur : (514) 932-9195
Courriel :

AVIS

Veuillez prendre note que la personne susmentionnée est tenue de conserver la copie originale signée du
présent document dans les dossiers officiels de la présente procédure.

No. Cour:

No. Dossier:     41-2517037

---

Dans l'affaire de la proposition de consommateur de
Charles KHAROUF
de la Ville de Laval, dans la province de Québec

---

Formulaire 01.1
Identification générale de l'expéditeur pour copies
de tous formulaires prescrits

---

MNP LTÉE - Syndic autorisé en insolvabilité
Par:

---

Olivier Boyd - SAI, Administrateur de la Proposition
de Consommateur
1155, boul. René-Lévesque Ouest, 19e étage
Montréal QC H3B 4V2
Téléphone: (514) 932-4115     Télécopieur: (514)
932-9195

District de : QC
N° Division : 01 - Laval
N° Cour :
N° Dossier : 41-2517037

**Dans l'affaire de la proposition de consommateur de**
**Charles KHAROUF**
**de la Ville de Laval, dans la province de Québec**

**AFFIDAVIT**

Je, soussigné(e) du bureau de syndic MNP LTÉE, déclare solennellement :

Que, le 10 juin 2019, j'ai envoyé par courrier ordinaire au débiteur une copie de l'avis aux créanciers de la proposition de consommateur, une copie de la proposition, une copie du rapport de l'administrateur, une copie d'un état succinct des avoirs, obligations et revenus et dépenses, une preuve de réclamation et une procuration en blanc.

_____
Signature

Déclaré solennellement devant moi dans la ville de Montréal, dans la province de Québec, le 10 juin 2019.

_____
Commissaire à l'assermentation pour tous les Districts judiciaires du Québec

## OTHERS ENTITLED TO NOTICE

**all persons or bodies authorized to administer foreign proceedings of the debtor**

MNP Trustee, LTD
c/o Olivier Boyd
1155 Boul. Rene-Levesque Ouest
19th Floor
Montreal Quebec H3B4V2
Canada

**all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition:**

See attached Parties Sheet which is incorporated by reference and for the parties without an address listed on the Parties Sheet:

Sam Madi
508 Fouquet Street
Laval, Quebec H7X3J5
Canada

Educare Centre Services, Inc., also dba Credit Card Services, Card
Services, Credit Card Financial Services, Care Net, Tripletel, Inc., Revit Educ Srvc, L.L.
Vision, Care Value Services, and Card Value Services
244 5th Avenue, Suite 11417
New York, NY 10001

Tripletel, Inc.
910 Foulk Road, Suite 201
Wilmington, DE 19803

Prolink Vision, S.R.L.
Av. 27 de Febrero Esq. Tiradentes, Plaza Merengue,
Segundo Piso, Local 214, Ens. Naco, Santo Domingo
Dominican Republic

Wissam Abedel Jilal
Address unknown

**all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code**

None.

**3:19-cv-00196-KC** Federal Trade Commission et al v. Educare Centre Services, Inc. et al
Kathleen Cardone, presiding
**Date filed:** 07/18/2019
**Date of last filing:** 09/10/2019

# Parties

**Educare Centre Services, Inc.**
a New Jersey corporation, also dba
Credit Card Services, Card Services,
Credit Card Financial Services, Care
Net, Tripletel Inc., Revit Educ Srvc,
L.L. Vision, care Value Services, and
Card Value Services

*Added: 07/18/2019*
*(Defendant)*

**Federal Trade Commission**
*Added: 07/18/2019*
*(Plaintiff)*

represented
by

**J. Ronald Brooke, Jr.**
Federal Trade Commission
600 Pennsylvania Ave., NW Mailstop
CC-8528
Washington, DC 20580
202-326-3484
jbrooke@ftc.gov
*Assigned: 07/18/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher E. Brown**
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
202-326-2825
202-326-3395 (fax)
cbrown3@ftc.gov
*Assigned: 07/19/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wissam Abedel Jilal**
individually and as an owner, officer,
member, and/or manager of
ProlinkVision, S.R.L.,

*Added: 07/18/2019*
*(Defendant)*

**Charles Kharouf**
individually and as an owner, officer,
member, and/or manager of Prolink
Vision, S.R.L.,

427 Etienne-Lavoie
Apt. 21
Laval, QC H7X 0B4
Canada
*Added: 07/18/2019*
*(Defendant)*

represented
by

**Daniel H. Hernandez**
Ray, Valdez, McChristian & Jeans
A Professional Corporation
5822 Cromo,Suite 400
El Paso, TX 79912
915-832-7200
915-832-7333 (fax)
dhernandez@raylaw.com
*Assigned: 08/26/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sam Madi**
individually and as an
owner,officer,member,and/or
manager of Educare Centre Services,
Inc., dba Credit Card Services,Card
Services,Credit Card Financial
Services,Care Net,Tripletel,
Inc.,Revit Educ
Srvc,.L.LVision,CareValueServices,
and CardValueServices

*Added: 07/18/2019*
*(Defendant)*

**Prolink Vision, S.R.L.**
a Dominican Republic limited
liability company

*Added: 07/18/2019*
*(Defendant)*

represented
by

**Genevieve C. Bradley**
Roth Jackson
8200 Greensboro Drive, Suite 820
McLean, VA 22102
703-485-3532
703-485-3525 (fax)
gbradley@rothjackson.com
*Assigned: 08/07/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Hernandez**
Ray, Valdez, McChristian & Jeans
A Professional Corporation
5822 Cromo,Suite 400
El Paso, TX 79912
915-832-7200

915-832-7333 (fax)
dhernandez@raylaw.com
*Assigned: 07/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo R. Lopez**
Ray, McChristian & Jeans, P.C.
5822 Cromo Dr.
El Paso, TX 79912
915-832-7200
915-832-7333 (fax)
alopez@raylaw.com
*Assigned: 07/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell N. Roth**
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive, Suite 820
McLean, VA 22102
703-485-3535
703-485-3525 (fax)
mroth@rothdonerjackson.com
*Assigned: 08/08/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Relief Defendant 9896988 Canada, Inc.**
*Added: 07/22/2019*
*(Defendant)*

represented by

**Genevieve C. Bradley**
Roth Jackson
8200 Greensboro Drive, Suite 820
McLean, VA 22102
703-485-3532
703-485-3525 (fax)
gbradley@rothjackson.com
*Assigned: 08/07/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Hernandez**
Ray, Valdez, McChristian & Jeans
A Professional Corporation
5822 Cromo, Suite 400
El Paso, TX 79912
915-832-7200
915-832-7333 (fax)

dhernandez@raylaw.com
*Assigned: 07/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo R. Lopez**
Ray, McChristian & Jeans, P.C.
5822 Cromo Dr.
El Paso, TX 79912
915-832-7200
915-832-7333 (fax)
alopez@raylaw.com
*Assigned: 07/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell N. Roth**
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive, Suite 820
McLean, VA 22102
703-485-3535
703-485-3525 (fax)
mroth@rothdonerjackson.com
*Assigned: 08/08/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robb Evans & Associates LLC**
*Added: 07/25/2019*
*(Receiver)*

represented
by

**James Wesley Brewer**
Kemp Smith LLP
P.O. Drawer 2800
El Paso, TX 79999-2800
(915) 533-4424
915-546-5360 (fax)
jbrewer@kempsmith.com
*Assigned: 07/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly W. Rivas**
Kemp Smith LLP
221 N. Kansas
Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
srivas@kempsmith.com

*Assigned: 07/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ken K. Slavin**
Kemp Smith, P.C.
221 North Kansas, Suite 1800
El Paso, TX 79901-1441
(915) 533-4424
915/546-5360 (fax)
kslavin@kempsmith.com
*Assigned: 07/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammad Souheil**
individually and as an owner, officer, member, and/or manager of Prolink Vision, S.R.L.,

*Added: 07/18/2019*
*(Defendant)*

represented by

**Genevieve C. Bradley**
Roth Jackson
8200 Greensboro Drive, Suite 820
McLean, VA 22102
703-485-3532
703-485-3525 (fax)
gbradley@rothjackson.com
*Assigned: 08/07/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Hernandez**
Ray, Valdez, McChristian & Jeans
A Professional Corporation
5822 Cromo,Suite 400
El Paso, TX 79912
915-832-7200
915-832-7333 (fax)
dhernandez@raylaw.com
*Assigned: 07/30/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo R. Lopez**
Ray, McChristian & Jeans, P.C.
5822 Cromo Dr.
El Paso, TX 79912
915-832-7200
915-832-7333 (fax)
alopez@raylaw.com
*Assigned: 07/30/2019*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell N. Roth**
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive, Suite 820
McLean, VA 22102
703-485-3535
703-485-3525 (fax)
mroth@rothdonerjackson.com
*Assigned: 08/08/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**State of Ohio ex rel. Attorney**
**General Dave Yost**
*Added: 07/18/2019*
*(Plaintiff)*

represented
by

**Erin B. Leahy**
Office of the Attorney General
Consumer Protection
30 E. Broad Street, 14th Fl
Columbus, OH 43215
614-752-4730
866-768-2648 (fax)
erin.leahy@ohioattorneygeneral.gov
*Assigned: 07/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Loeser**
Ohio Attorney General
30 East Broad Street, 14th Floor
Columbus, OH 43215
614-728-1172
877-650-4712 (fax)
jeffrey.loeser@ohioattorneygeneral.gov
*Assigned: 07/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tripletel, Inc.**
a Delaware corporation

*Added: 07/18/2019*
*(Defendant)*

| PACER Service Center |
| --- |
| **Transaction Receipt** |

| 09/12/2019 10:48:22 | | | |
|---|---|---|---|
| **PACER Login:** | LAElorreaga:4373041:4268373 | **Client Code:** | 5716.1 |
| **Description:** | Party List | **Search Criteria:** | 3:19-cv-00196-KC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |